IN THE UNTED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
APR 0 2 2002
Michael N. Milby
Clerk of Court

| | |
|---|---|
| Mary Homer-Radtke ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. B-02-, 063 |
| ) | |
| John A. Radtke, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR PRELIMINARY INJUNCTION

1. John A. Radtke has repeatedly interfered with property which belongs to Mary Homer-Radtke.

2. Mary Homer-Radtke, will suffer irreparable harm by denial of this preliminary injunction. Mary Homer-Radtke has been deprived income from, as well as use and enjoyment of property which was in the marital estate of Mary Homer-Radtke and John A. Radtke circa July of 1992 plus substantial and valuable property which Mary Homer-Radtke owned separately.

3. Mary Homer-Radtke is likely to prevail in the attached petition.

4. Public interest will not be impaired by granting this preliminary injunction. The public interest will be impaired by denial of this preliminary injunction by public awareness that citizens can be deprived of property without due process of law.

5. Mary Homer-Radtke has no other remedy at law to protect lawful apportionment of the marital estate of Mary Homer-Radtke and John A. Radtke.

6. Denial of Mary Homer-Radtke's preliminary injunction will cause Mary Homer-Radtke to bear a greatly unbalanced harm. John A. Radtke's harm would be deferred ability to dissolve property. Mary Homer-Radtke's harm will be further erosion

1

of the marital estate of Mary Homer-Radtke and John A. Radtke and interference with ability to recover lawful portion of marital assests.

7. Denial of Mary Homer-Radtke's preliminary injunction goes beyond economic injury.

8. The cost to the court on error later corrected to the favor of John A. Radtke is not as great as the cost to the Court for error later corrected to the favor of Mary Homer-Radtke. Granting Mary Homer-Radtke's Motion for Preliminary Injunction conserves the property no matter who prevails. Denial of Mary Homer-Radtke's Motion for Preliminary Injunction directly affects the property by empowering John A. Radtke to move property of the marital estate in a manner that imposes legal expense and delay for recovery.

_____
Mary Homer-Radtke - Pro se


STATE OF TEXAS             INDIVIDUAL ACKNOWLEDGMENT
COUNTY OF CAMERON

Before me, the undersigned, a Notary Public in and for said County and State on this __2nd__ day of __April__, 2002, personally appeared __Mary Homer-Radtke__ to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act.

Given under my hand and seal the day and year last above written.

My commission expires __09/27/04__    _____
                                        Notary Public



DEBRA ANN FIGUEROA
Notary Public
STATE OF TEXAS
My Comm Exp. 09-27-2004

2