S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARY HOMER-RADTKE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-063 |
| | § | |
| JOHN A. RADTKE, | § | |
| Defendant. | § | |

## ORDER

Before the court are Plaintiff's Petition and Complaint in the Nature of a Petition for Injunctive and Declaratory Relief (Doc. #1) and Plaintiff's Motion for Preliminary Injunction (Doc. #3).

Mary Homer-Radtke is hereby ORDERED to appear before this Court for a status conference on May 28, 2002 at 2:30 p.m. in Judge Recio's 2nd Floor Courtroom, 600 E. Harrison, in Brownsville, Texas.

DONE at Brownsville, Texas this 11th day of April, 2002.

_____
Felix Recio
United States Magistrate Judge