

IN THE UNTED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAY 0 9 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Mary Homer-Radtke | ) |
| Plaintiff | ) |
| v. | ) No. B-02-063 |
| John A. Radtke, | ) |
| Defendant. | ) |

EMERGENCY MOTION FOR STATUS HEARING

1. A status conference is set for May 28, 2002 at 2:30 p.m. in Judge Recio's 2nd Floor Courtroom, 600 E. Harrison, in Brownsville, Texas.

2. Mary Homer-Radtke learned yesterday that a hearing was held on May 7, 2002 in the 19th District Circuit Court of Lake County, Illinois in Case No. 98CH1240 granting a default judgment.

3. Hearing for judgment in said foreclosure action is set for May 15, 2002.

4. Mary Homer-Radtke, must attend the hearing on May 15, 2002 or suffer irreparable harm.

5. Mary Homer-Radtke has reason to believe that resolution of this matter will conflict with her appearance at the status conference ordered on May 28, 2002 in Brownsville, Texas.

6. True, correct, and complete copies of Summons, Order Setting Conference, Notice of Filing/Proof of Service and pleadings, Petition and Complaint in the Nature of a Petition for Injunctive and Declaratory Relief, Motion for Preliminary Injunction and Affidavit, were sent by certified mail on April 12, 2002 to John A. Radtke at 1641 Elmwood, Highland Park, Illinois 60035 and c/o B. Radtke & Sons, Inc., 101 W. Main

St., Round Lake Park, Illinois 60073. True, correct, and complete copies of the certified mail receipts are attached hereto as Exhibit A.

7. Two green cards were returned for the mailing to John A. Radtke at 1641 Elmwood, Highland Park, Illinois 60035, one with a signature. True, correct, and complete copies of the green cards with signed proof of receipt is attached hereto as Exhibit B.

8. The signature on the green card certifies the delivery of said mailing on April 16, 2002.

9. The Notice of Filing and Proof of Service certifies the content of the mailing. A true, correct, and complete copy of the Proof of Service is attached hereto as Exhibit C.

10. WHEREFORE, Mary Homer-Radtke prays this court grant this emergency hearing for status of Case B-02-063 in lieu of the scheduled status hearing set on May 28, 2002, by accepting the certified mailing as evidence of legal service of summons and complaint in said case.



Mary Homer-Radtke
c/o 1000 Camelot Dr. #6207
Harlingen, TX 78550
(956) 423-7973 (94 yr. old - Helen Homer)

STATE OF TEXAS                INDIVIDUAL ACKNOWLEDGMENT

COUNTY OF Cameron

Before me, the undersigned, a Notary Public in and for said County and State on this 9 day of May, 2002, personally appeared Mary Homer-Radtke to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act.

Given under my hand and seal the day and year last above written.

My commission expires 3-3-05

_____ Notary Public

2



```
***** WELCOME TO *****
        HARLINGEN
  HARLINGEN, TX  78553-4721
      04/12/02 03:07PM

Store  USPS        Trans     105
Wkstn  sys5005     Cashier  GBYKB0
Cashier's Name     SANDRA
Stock Unit Id      SANDRA
PO Phone Number    956-423-1464

1. First Class                4.63
   Destination:     60073
   Weight:          3.20oz
   Postage Type:    PVI
   Total Cost:      4.63
   Base Rate:       1.03
          SERVICES
   Certified Mail   2.10
     70011940000154579661
   Return Receipt   1.50
2. First Class                4.63
   Destination:     60035
   Weight:          3.20oz
   Postage Type:    PVI
   Total Cost:      4.63
   Base Rate:       1.03
          SERVICES
   Certified Mail   2.10
     70011940000154579654
   Return Receipt   1.50
3. 6-Mo. Box/Clr Fe          19.00
         **** Paid In ****
   AIC Number:  0158

Subtotal                     28.26
Total                        28.26

Cash                         40.00
Change Due
   Cash                      11.74

Number of Items Sold: 2

         Thank You
     Please come again!
```



Exhibit A.

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): John A. Radtke
B. Date of Delivery: 4/16/03
C. Signature: X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

John A RADTKE
1641 ELMWOOD
HigHLAND PARK IL
60035

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7001 1940 0001 5457 9654

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature: X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

John A. Radtke
1641 Elmwood
Highland Park
Illinois 60035

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number (Copy fro  7001 1940 0001 5457 9654

Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

Exhibit B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Mary Homer-Radtke | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   No. B-02-063 |
| | ) |
| John A. Radtke, | ) |
| | ) |
| Defendant. | ) |
| | ) |

TO: John A. Radtke          John A. Radtke c/o B. Radtke & Sons, Inc.
    1641 Elmwood         101 W. Main St.
    Highland Park         Round Lake Park
    Illinois 60035         Illinois 60073

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on April 2, 2002 I filed pleadings entitled PETITION AND COMPLAINT IN THE NATURE OF A PETITION FOR INJUNCTIVE AND DECLARITORY RELIEF, MOTION FOR PRELIMINARY INJUNCTION, and AFFIDAVIT in the United States District Court for the Southern District of Texas at Brownsville, Texas.

_____
Mary Homer-Radtke

### PROOF OF SERVICE

I, Mary Homer-Radtke, certify under pains and penalties of perjury that I sent a true, correct and complete copies of this notice, PETITION AND COMPLAINT IN THE NATURE OF A PETITION FOR INJUNCTIVE AND DECLARITORY RELIEF, MOTION FOR PRELIMINARY INJUNCTION, and AFFIDAVIT to the above-designated party at the stated address by certified mail on April 2, 2002. Summons and Order included.

_____
Mary Homer-Radtke

Mary Homer-Radtke
c/o 1000 Camelot Dr., #6207
Harlingen, Texas (78550)

Exhibit C

DEBRA ANN FIGUEROA
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-27-2004

Debra Ann Figueroa

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Mary Homer-Radtke            )
                             )
    Plaintiff                )
                             )
v.                           )   No. B-02-063
                             )
John A. Radtke,              )
                             )
    Defendant.               )
                             )

TO:   John A. Radtke
      1641 Elmwood
      Highland Park
      Illinois 60035

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT on May 9, 2002 I filed EMERGENCY MOTION FOR STATUS HEARING in the United States District Court for the Southern District of Texas at Brownsville, Texas.



Mary Homer-Radtke

## PROOF OF SERVICE

I, Mary Homer-Radtke, certify under pains and penalties of perjury that I sent a true, correct and complete copy of this Notice and Emergency Motion for Status Hearing to the above-designated party at the stated address by mail on May 9, 2002.

Mary Homer-Radtke

Mary Homer-Radtke
c/o P.O. Box 533793
Harlingen, Texas (78553)



IN THE UNTED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Mary Homer-Radtke | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No.  B-02-063 |
| | ) | |
| John A. Radtke, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

EMERGENCY MOTION FOR STATUS HEARING

1. A status conference is set for May 28, 2002 at 2:30 p.m. in Judge Recio's 2nd Floor Courtroom, 600 E. Harrison, in Brownsville, Texas.

2. Mary Homer-Radtke learned yesterday that a hearing was held on May 7, 2002 in the 19th District Circuit Court of Lake County, Illinois in Case No. 98CH1240 granting a default judgment.

3. Hearing for judgment in said foreclosure action is set for May 15, 2002.

4. Mary Homer-Radtke, must attend the hearing on May 15, 2002 or suffer irreparable harm.

5. Mary Homer-Radtke has reason to believe that resolution of this matter will conflict with her appearance at the status conference ordered on May 28, 2002 in Brownsville, Texas.

6. True, correct, and complete copies of Summons, Order Setting Conference, Notice of Filing/Proof of Service and pleadings, Petition and Complaint in the Nature of a Petition for Injunctive and Declaratory Relief, Motion for Preliminary Injunction and Affidavit, were sent by certified mail on April 12, 2002 to John A. Radtke at 1641 Elmwood, Highland Park, Illinois 60035 and c/o B. Radtke & Sons, Inc., 101 W. Main

1

St., Round Lake Park, Illinois 60073. True, correct, and complete copies of the certified mail receipts are attached hereto as Exhibit A.

7. Two green cards were returned for the mailing to John A. Radtke at 1641 Elmwood, Highland Park, Illinois 60035, one with a signature. True, correct, and complete copies of the green cards with signed proof of receipt is attached hereto as Exhibit B.

8. The signature on the green card certifies the delivery of said mailing on April 16, 2002.

9. The Notice of Filing and Proof of Service certifies the content of the mailing. A true, correct, and complete copy of the Proof of Service is attached hereto as Exhibit C.

10. WHEREFORE, Mary Homer-Radtke prays this court grant this emergency hearing for status of Case B-02-063 in lieu of the scheduled status hearing set on May 28, 2002, by accepting the certified mailing as evidence of legal service of summons and complaint in said case.

                                             Mary Homer-Radtke



OFELIA NINO
Notary Public, State of Texas
My Commission Expires
March 03, 2005

STATE OF TEXAS              INDIVIDUAL ACKNOWLEDGMENT

COUNTY OF Cameron

Before me, the undersigned, a Notary Public in and for said County and State on this 9 day of May, 2002, personally appeared Mary Homer-Radtke to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act.

Given under my hand and seal the day and year last above written.

My commission expires 3-3-05                  Notary Public

2

```
            UNITED STATES
            POSTAL SERVICE
        ***** WELCOME TO *****
              HARLINGEN
        HARLINGEN, TX  78553-4721
            04/12/02  03:07PM

Store   USPS        Trans    105
Wkstn   sys5005     Cashier  GBYKB0
Cashier's Name      SANDRA
Stock Unit Id       SANDRA
PO Phone Number     956-423-1464

  1. First Class              4.63
     Destination:    60073
     Weight:         3.20oz
     Postage Type:   PVI
     Total Cost:     4.63
     Base Rate:      1.03
            SERVICES
     Certified Mail        2.10
       70011940000154579661
     Return Receipt        1.50
  2. First Class              4.63
     Destination:    60035
     Weight:         3.20oz
     Postage Type:   PVI
     Total Cost:     4.63
     Base Rate:      1.03
            SERVICES
     Certified Mail        2.10
       70011940000154579654
     Return Receipt        1.50
  3. 6-Mo. Box/Clr Fe        19.00
         **** Paid In ****
     AIC Number: 0158

Subtotal                    28.26
Total                       28.26

Cash                        40.00
Change Due
    Cash                    11.74

Number of Items Sold: 2

            Thank You
       Please come again!
```

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

HIGHLAND PARK, IL  60035

| | | |
|---|---|---|
| Postage | $ 1.03 | UNIT ID: 0077 |
| Certified Fee | 2.10 | |
| Return Receipt Fee (Endorsement Required) | 1.50 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: GBYKB0 |
| Total Postage & Fees | $ 4.63 | 04/12/02 |

Sent To: John A. Radtke
Street, Apt. No., or PO Box No.: 1641 Elmwood
City, State, ZIP+4: Highland Park Illinois 60035

PS Form 3800, January 2001    See Reverse for Instructions

7001 1940 0001 5457 9654

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

ROUND LAKE, IL  60073

| | | |
|---|---|---|
| Postage | $ 1.03 | UNIT ID: 0077 |
| Certified Fee | 2.10 | |
| Return Receipt Fee (Endorsement Required) | 1.50 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: GBYKB0 |
| Total Postage & Fees | $ 4.63 | 04/12/02 |

Sent To: John A Radtke c/o B. Radtke & Son Inc
Street, Apt. No., or PO Box No.: 101 W. Main St
City, State, ZIP+4: Round Lake Park IL 60073

PS Form 3800, January 2001    See Reverse for Instructions

7001 1940 0001 5457 9661

Exhibit A.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): John A. Radtke   B. Date of Delivery: 4/16/03<br>C. Signature: X [signature]   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>  If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>John A RADTKE<br>1641 ELMWOOD<br>HIGHLAND PARK IL<br>60035 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7001 1940 0001 5457 9654 | |
| PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952 | |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br>C. Signature: X   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>  If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>John A. Radtke<br>1641 Elmwood<br>Highland Park<br>Illinois 60035 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy fro   7001 1940 0001 5457 9654 | |
| Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952 | |

Exhibit B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Mary Homer-Radtke<br><br>    Plaintiff<br><br>v.<br><br>John A. Radtke,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  No. **B-02-063**<br>)<br>)<br>)<br>)<br>) |

TO:    John A. Radtke
         1641 Elmwood
         Highland Park
         Illinois 60035

*John A Radtke c/o B. Radtke & Sons, Inc.*
*101 W. Main St.*
*Round Lake Park*
*Illinois 60073*

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on April 2, 2002 I filed pleadings entitled PETITION AND COMPLAINT IN THE NATURE OF A PETITION FOR INJUNCTIVE AND DECLARITORY RELIEF, MOTION FOR PRELIMINARY INJUNCTION, and AFFIDAVIT in the United States District Court for the Southern District of Texas at Brownsville, Texas.

                                                            _____
                                                            Mary Homer-Radtke

### PROOF OF SERVICE

      I, Mary Homer-Radtke, certify under pains and penalties of perjury that I sent a true, correct and complete copies of this notice, PETITION AND COMPLAINT IN THE NATURE OF A PETITION FOR INJUNCTIVE AND DECLARITORY RELIEF, MOTION FOR PRELIMINARY INJUNCTION, and AFFIDAVIT to the above-designated party at the stated address by certified mail on April 2, 2002. *Summons and Order included.*

                                                            _____
                                                           Mary Homer-Radtke

Mary Homer-Radtke
c/o 1000 Camelot Dr., #6207
Harlingen, Texas (78550)

*Exhibit C*

[Notary seal: DEBRA ANN FIGUEROA, Notary Public, STATE OF TEXAS, My Comm. Exp. 08-27-2004]