7

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

United States District Court
Southern District of Texas
FILED

MAY 1 5 2002

Michael N. Milby
Clerk of Court

| Division | Brownsville | Case Number | 02 B 063 |
|---|---|---|---|

| Mary Homer-Radtke |
|---|
| *versus* |
| John A. Radtke |

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| | |
|---|---|
| Name | Neal H. Levin, Esq. |
| Firm | Neal H. Levin & Associates, P.C. |
| Street | 1970 N. Halsted |
| City & Zip Code | Chicago, IL  60614 |
| Telephone | 312-421-2100 |
| Licensed: State & Number | Illinois, 6203156 |
| Admitted U.S. District Court for: | N.D. Illinois |

Seeks to appear as the attorney for this party:

| John A. Radtke |
|---|
| Dated: 05/13/2002    Signed: _____ |

**ORDER**

This lawyer is admitted *pro hac vice.*

Signed on _____, _____.

_____
**United States District Judge**

SDTX (d_prohac.ord)
02/03/98