8

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAY 23 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Mary Homer-Radtke, | ) |
| Plaintiff | ) |
| v. | ) No. B-02-063 |
| John A. Radtke, | ) |
| Defendant. | ) |

TO: John A. Radtke
1641 Elmwood
Highland Park, Illinois 60035

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on May 23, 2002 I filed with the clerk of the court of the United States District Court for the Southern District of Texas, Brownsville, Texas the attached NOTICE OF FILING CHARGING LETTER and Affidavit.

Mary Homer-Radtke

### PROOF OF SERVICE

I, Mary Homer-Radtke, certify under pains and penalties of perjury that I served this notice by mailing at Harlingen, Texas, a true and correct copy of this notice to the above-designated parties at the designated addresses of said parties, on May 23, 2002 with proper postage attached and prepaid.

Mary Homer-Radtke

Mary Homer-Radtke
c/o P.O. Box 533793
Harlingen, Texas 78553



OFELIA NINO
Notary Public, State of Texas
My Commission Expires
March 03, 2005

5-23-02

IN THE UNTED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Mary Homer-Radtke ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. B-02-063 |
| ) | |
| John A. Radtke, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AFFIDAVIT

I, Mary Homer-Radtke, of lawful age and competent to testify, being first duly sworn, upon oath state as follows:

1. The following corporation and affiliates are interested in this litigation:

    A. B. Radtke & Sons, Inc., 101 W. Main St., Round Lake Park, Illinois 60073;

    B. Screw Machine Division, 101 W. Main St., Round Lake Park, Illinois 60073;

    C. Trucking Division, 101 W. Main St., Round Lake Park, Illinois 60073;

    D. LaserWorks, a Division of B. Radtke & Sons, Inc. was converted to a limited liability company, 112 W. Main St., Round Lake Park, Illinois 60073;

    E. Welding Division, 112 W. Main St., Round Lake Park, Illinois 60073.

2. The following properties were in the marital estate prior to 1992:

    A. 1992Industrial building located at 101 W. Main St., Round Lake Park, Illinois;

    B. Industrial building located at 112 W. Main St., Round Lake Park, Illinois;

    C. Residence located at 502 Dublin, Mundelein, Illinois..

3. The following properties were added to the marital estate:

   A. Condominium located at 440 Main St., E304, Wauconda, Illinois;

   B. Residence located at 1641 Elmwood, Highland Park, Illinois.

*Mary Homer-Radtke*

Mary Homer-Radtke


STATE OF TEXAS                    INDIVIDUAL ACKNOWLEDGMENT

COUNTY OF CAMERON

     Before me, the undersigned, a Notary Public in and for said County and State on this ____ day of _____, 2002, personally appeared _____ to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act.

     Given under my hand and seal the day and year last above written.

My commission expires _____

_____ Notary Public