10

IN THE UNTED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAY 23 2002

Michael N. Milby
Clerk of Court

Mary Homer-Radtke )
 )
    Plaintiff )
 )
v. )
 ) No. B-02-063
 )
John A. Radtke, )
 )
    Defendant. )
 )

TO: John A. Radtke
    1641 Elmwood
    Highland Park, Illinois 60035

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on May 23, 2002 I filed with the clerk of the court of the United States District Court for the Southern District of Texas, Brownsville, Texas the attached NOTICE OF FILING OF BANKRUPTCY IN THE UNITED STATES BANKRUPTCY COURT.

                              Mary Homer-Radtke

### PROOF OF SERVICE

I, Mary Homer-Radtke, certify under pains and penalties of perjury that I served this notice by mailing at Harlingen, Texas, a true and correct copy of this notice to the above-designated parties at the designated addresses of said parties, on May 23, 2002 with proper postage attached and prepaid.

                              Mary Homer-Radtke

Mary Homer-Radtke
c/o P.O. Box 533793
Harlingen, Texas 78553



OFELIA NINO
Notary Public, State of Texas
My Commission Expires
March 03, 2005

Ofelia Nino
5-23-02

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Mary Homer-Radtke | ) |
| Plaintiff | ) ) ) |
| v. | ) ) No. B-02-063 |
| John A. Radtke, | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF FILING OF BANKRUPTCY IN THE UNITED STATES BANKRUPTCY COURT**

PLEASE TAKE NOTICE THAT Mary Homer-Radtke, petitioner in the above-entitled cause, filed Chapter 13 Bankruptcy in the United States Bankruptcy Court, Southern District of Texas on May 10, 2002.

Case # 02-10280 was entered on May 17, 2002. John Allen Radtke was named as spouse in said Bankruptcy filing. The certified record in Case 92-D-1279 filed with the clerk of the court in the 19th District Circuit Court is evidence that there is no decree/judgment. John Allen Radtke and Mary Ellen Homer-Radtke are lawful husband and wife.

Claims made in Case 98CH1240 are under dispute. Claims made in Case 92D1279 are under dispute.

Mary Homer-Radtke

May 23, 2002

Mary Homer-Radtke
c/o P.O. Box 533793
Harlingen, Texas 78553



OFELIA NINO
Notary Public, State of Texas
My Commission Expires
March 03, 2005

5-23-02

**United States Bankruptcy Court**
**Southern District of Texas**

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 05/17/2002 at 1:20 PM and filed on 05/10/2002.

**Mary Ellen Homer-Radtke**
1000 Camelot Drive #6207
Harlingen, TX 78550
SSN: 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
*aka*
**Homer**

**John Allen Radtke**
1641 Elmwood
Highland Park, Il 60035

    The bankruptcy trustee is:

**Cindy Boudloche**
Chapter 13 Trustee
711 N. Carancahua Ste 1508

Corpus Christi, TX 78475
361-883-5786

The case was assigned case number 02-10280 to Judge Richard S. Schmidt.

The filing of a bankruptcy case automatically stays certain actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office 515 Rusk Avenue, Houston, TX 77002.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

                                                    **Michael N. Milby**
                                                    **Clerk, U.S.**
                                                    **Bankruptcy Court**