| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

MAY 1 5 2002
Michael N. Milby
Clerk of Court

| Division | Brownsville | Case Number | 02 B 063 |
|---|---|---|---|

Mary Homer-Radtke

*versus*

John A. Radtke

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Neal H. Levin, Esq. |
| Firm | Neal H. Levin & Associates, P.C. |
| Street | 1970 N. Halsted |
| City & Zip Code | Chicago, IL  60614 |
| Telephone | 312-421-2100 |
| Licensed: State & Number | Illinois, 6203156 |
| Admitted U.S. District Court for: | N.D. Illinois |

Seeks to appear as the attorney for this party:

John A. Radtke

Dated: 05/13/2002    Signed: _____

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on 5-28 2002.

United States District Court
Southern District of Texas
FILED / Entered
MAY 29 2002

Michael N. Milby
Clerk of Court
By _____

United States District Judge

SDTX (d_prohac.ord)
02/03/98