```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division
                                                       United States District Court
                                                       Southern District of Texas
Courtroom Clerk    :   M Garcia                              FILED
Court Reporter     :   S Schwab                :
CSO                :   T Yanez                         MAY 2 8 2002
Law Clerk          :   Eva-Dina Delgado
Date               :   May 28, 2002 at 2:30 p.m.       Michael N. Milby
                                                       Clerk of Court
-----------------------------------------------------------------------
CIVIL CASE NO.  B-02-63 (HGT)

Mary Homer-Radtke              *              Pro-Se
                               *
vs                             *
                               *
John A Radtke                  *              Levine
-----------------------------------------------------------------------
```

## STATUS CONFERENCE

Mary Homer-Radtke present pro-se;
Mr Levine present for John A Radtke;

The Court addresses parties and explains that the purpose of the conference is to have the parties better explain their allegations to the Court;

Mary Homer-Radtke states she has been financially exploited and is requesting on injunction on all their property;
Further states her divorce has not been finalized-there is no decree;
Homer-Radtke advises the Court she has filed bankruptcy in this division;

Mr Levine explains he has not filed an answer to this case but filed a Motion to Appear Pro Hac Vice and tenders to the Court a document filed and executed by Judge John Philips (Judgment and settlement of divorce); Mr Levine states there was a judgment entered on the dissolution of marriage and a marital settlement agreement was executed by both parties; Mr Levine states this should be a state matter and further states Federal Court has no jurisdiction over family law; Mr Levine asserts that this Court does not have diversity jurisdiction, personal jurisdiction over Mr Radtke, or subject matter jurisdiction; Mr Levine emphasized the need for criminal proceedings against Homer-Radtke for fraud;

Homer-Radtke responds to Mr Levine's arguments;

The Court will review the file and prepare a Report and Recommendation to the District Judge, in which the Court will recommend this case be dismissed;
The Court further advises parties they have 10 days to file their objections to the R & R once it is received by them;

Court adjourned.