*16*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARY HOMER-RADTKE | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-063 |
| | § | |
| JOHN A. RADTKE | § | |
| Respondent. | § | |

### ORDER REFERRING CASE TO BANKRUPTCY COURT

It apprearing to the Court that the matter herein involves proceedings arising under Title 11, or arising in or related to a case under Title 11[1], the Court therefore finds that the case should be referred to the Bankruptcy Court pursuant to 28 U.S.C. §157 and the Order of Reference of Bankruptcy Cases and Proceeding entered by the United States District Court, on March 11, 2002.

It is therefore ORDERED that Case No. 02-CV-63 is hereby referred to Judge Richard S. Schmidt, United States Bankruptcy Court, Southern District of Texas.

DONE at Brownsville, Texas, on 11 day of June, 2002.

Felix Recio
United States Magistrate Judge

---

[1] Bankruptcy Case No. 02-10280-B-13