IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
RECEIVED

JUN 1 1 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Mary Homer-Radtke | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. B-02-063 |
| John A. Radtke, | ) | |
| | ) | |
| Defendant. | ) | |

TO: John A. Radtke    Neil H. Levin
1641 Elmwood    Neil H. Levin & Associates, PC
Highland Park    1970 North Halsted
Illinois 60035    Chicago, Illinois 60614

John A. Radtke
c/o B Radtke & Sons Inc
101 W. Main St.
Round Lake Park
Illinois 60073

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on June 11, 2002 I filed PETITION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 11 and an AFFIDAVIT in support of said motion in the United States District Court for the Southern District of Texas at Brownsville, Texas.

Mary Homer-Radtke

### PROOF OF SERVICE

I, Mary Homer-Radtke, certify under pains and penalties of perjury that I sent a true, correct and complete copies of this Petition for Sanctions, Affidavit and Summons/NLJR to the above-designated party at the stated address by mail on June 12, 2002.

Mary Homer-Radtke

Mary Homer-Radtke
c/o P.O. Box 533793
Harlingen, Texas (78553)

BETTY J. VALLE
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-21-2004