

**ORIGINAL**

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JUN 1 3 2002

Michael N. Milby
Clerk of Court

MARY HOMER-RADTKE        )
                         )
VS.                      )   Civil No. B-02-063
                         )
JOHN A. RADTKE           )

---

**HEARING**

**MAY 28, 2002**

---

On the 28th day of May, 2002, the following proceedings came on to be heard in the above-entitled and numbered cause in the United States Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas, before the Honorable Felix Recio, United States Magistrate Judge.

Proceedings reported by machine shorthand.

- - -