IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Mary Homer-Radtke ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. B-02-063 |
| John A. Radtke, ) | |
| ) | |
| Defendant. ) | |

TO: John A. Radtke          Neil H. Levin
    1641 Elmwood            Neil H. Levin & Associates, PC
    Highland Park           1970 North Halsted
    Illinois 60035          Chicago, Illinois 60614

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT on June 21, 2002 I filed MOTION TO VACATE ORDER REFERRING CASE TO BANKRUPTCY COURT ENTERED JUNE 11, 2002 and an AFFIDAVIT in support of said motion in the United States District Court for the Southern District of Texas at Brownsville, Texas.

_____
Mary Homer-Radtke

## PROOF OF SERVICE

I, Mary Homer-Radtke, certify under pains and penalties of perjury that I sent a true, correct and complete copies of this MOTION TO VACATE ORDER REFERRING CASE TO BANKRUPTCY COURT ENTERED JUNE 11, 2002 and AFFIDAVIT to the above-designated party at the stated address by mail on June _____, 2002.

_____
Mary Homer-Radtke

Mary Homer-Radtke
c/o P.O. Box 533793
Harlingen, Texas (78553)

[Notary seal: CYNTHIA L. GARZA, NOTARY PUBLIC, STATE OF TEXAS, My Comm. Exp. 03-16-04]

[Stamp: United States District Court, Southern District of Texas, FILED JUN 21 2002, Michael N. Milby, Clerk of Court]