23

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 26 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE | § § | |
| MARY ELLEN HOMER-RADTKE AND JOHN ALLEN RADTKE Debtor(s) | § § § § § | Case No. 02-10280-B-13 |
| | | B-02-63 |
| MARY ELLEN HOMER-RADTKE | § § § | Adv. No. 02-2054-B |
| vs. | § § | |
| JOHN ALLEN RADTKE | § § § | |

## SUA SPONTE ORDER DISMISSING CASE

On this day it came to the Court's attention that the Debtor's main bankruptcy case was dismissed on July 11, 2002. The Court finds that this Adversary Proceeding involves primarily State law issues involving the divorce of Mary Ellen Homer-Radtke and John Allen Radtke. Mary Ellen Homer-Radtke filed a bankruptcy petition for herself and for John Allen Radtke, without his consent. The Court has entered an order in the main case striking John Allen Radtke from the bankruptcy filing and ordering Mary Ellen Homer-Radtke to file no further pleadings in the main case. Based on the foregoing, the Court finds that this adversary proceeding should be dismissed for lack of jurisdiction.

It is therefore ORDERED that Case No. 02-2054-B is hereby DISMISSED WITH PREJUDICE and Mary Ellen Homer-Radtke is hereby ORDERED to file no further

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____ Deputy Clerk

pleadings in this case.

At Corpus Christi, Texas this 9th day of September, 2002.

_____
RICHARD S. SCHMIDT
United States Bankruptcy Court