UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARY HOMER-RADTKE | * | |
| VS | * | CIVIL ACTION NO. B-02-063 |
| JOHN A. RADTKE | * | |

## ORDER

The parties are hereby ORDERED to file a brief on the issue of subject matter of jurisdiction on or before November 15, 2002. Said brief shall not be more than five pages.

A hearing on Defendant's Motion for Sanctions and Attorney Fees and on the subject matter of jurisdiction is hereby set for December 2, 2002, at 1:30 p.m.

DONE this 16th day of October 2002, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge