*please file 25 original*

IN THE UNTED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
RECEIVED / FILED
NOV 12 2002
Michael N. Milby, Clerk of Court

| | |
|---|---|
| Mary Homer-Radtke | ) |
| Plaintiff | ) |
| v. | ) No. B-02-063 |
| John A. Radtke, | ) |
| Defendant. | ) |

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on October 22, 2002 I filed with the United States District Court for the Southern District of Texas, 600 E. Harrison, Brownsville, Texas the attached AFFIDAVIT OF MARY HOMER-RADTKE IN REGARD TO STROKE AND VISUAL IMPAIRMENT.

### PROOF OF SERVICE

I, Mary Homer-Radtke, swear under penalties as provided by law pursuant to 735 ILCS 5/1-109, that I served this affidavit by mailing a true and correct copy to John A. Radtke, 1641 Elmwood, Highland Park, Illinois 60035 on November 8, 2002 at Illinois with proper postage attached.

_____
Mary Homer-Radtke
C/o P.O. Box 126
Lake Jackson, Texas 77566

TEMPORARY:
408 N. Lake, #108
Mundelein, Illinois 60060

IN THE UNTED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Mary Homer-Radtke ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. B-02-063 |
| ) | |
| John A. Radtke, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF MARY HOMER-RADTKE IN REGARD TO STROKE AND VISUAL IMPAIRMENT**

I, Mary Homer-Radtke, of lawful age and competent to testify, being first duly sworn, upon oath state as follows:

1.) I am ~~defendant~~ plaintiff in the above-entitled action.

2.) I had a stroke on October 23, 2002 at approximately 8:30am.

3.) I believe the stroke is due to the stress of the discrimination I have experienced in the 19th Judicial District Circuit Court system.

4.) I did not go to the hospital until 9:00pm because I am poor.

5.) I would have gone immediately to the hospital if I had health care insurance or money to pay for services.

6.) I learned at the hospital that the visual impairment is reversible if treated within three hours.

7.) I have been financially exploited by my husband, John A. Radtke pursuant to Illinois law, 720 ILCS 5/16-1.3.

8.) I have seen evidence in the Lake County Recorder of Deeds that my husband, John A. Radtke, dissipated marital assets.

9.) I deny that the 19th Judicial District Circuit Court ever had jurisdiction over the parties or the matter of the marriage of John Allen Radtke and Mary Ellen Homer.

10.) I have searched the record in Case 92D1279 without finding a dissolution of the marriage of John Allen Radtke and Mary Ellen Homer.

11.) I received a copy of an order signed by Judge Jane Waller on or about July 30, 1992 that converted the marital estate of Mary Homer-Radtke and John A. Radtke as well as significant and valuable property interest segregable to the favor of Mary Homer-Radtke to the control of John A. Radtke.

12.) I demanded return of the property.

13.) I had the right to immediate possession of the property.

14.) On or about March of 1995, I was asked to manage B.Radtke & Sons, Inc. by the employees.

15.) I sent a business proposal to manage the company to my husband and his agent, Kathleen Roseborough.

16.) I received a letter from agent Kathleen Roseborough refusing to talk or negotiate with me.

17.) I received a telephone call from my husband, John A. Radtke, saying that Kathleen Roseborough was prohibiting me from going to the businesses or talking with the employees.

18.) I received a telephone call from an employee who told me that employees were fearful of losing their jobs because John was prohibiting the employees from talking with me.

19.) I have been denied income from and enjoyment of rightful portion of the property since.

20.) On or about June of 1998, I was called by Philip Pesanka and Dawn Grey, employees of Associated Loan Services.

21.) I heard Philip and Dawn say that my husband, John A. Radtke, instructed them to foreclose on the property located at 502 Dublin, Mundelein, Illinois so that he could buy it at Sheriff's auction.

22.) I deny that the trial court has ever had jurisdiction over the parties or the matter of a foreclosure on the property located at 502 Dublin, Mundelein, Illinois.

23.) I learned during my research of the law that without jurisdiction all orders and judgments are void – a nullity, without the force and effect of law.

24.) I have been traumatized by officers of the court.

2

25.) I have been financially exploited by officers of the court pursuant to Illinois law 720 ILCS 5/16-1.3.

26.) I was under duress while in the office of Elaine Collins and waw not acting of my own free will on June 2, 1995.

27.) When I gave testimony on June 6, 1995, I was under duress and not acting of my own free will as a result of threats by officers of the court.

28.) I gave both John Allen Radtke and Elsie Pendregast Mannix repeated notice and opportunity to contact me regarding the fact that John Allen Radtke and Mary Homer-Radtke are lawful husband and wife.

29.) When I set for hearing a motion in the 19th Judicial District Circuit Court in an effort to secure rightful portion of the property, I was assigned Jane Waller as judge.

30.) I have a taping of a Christian television show, circa 1995, wherein the participants name Jane and Michael Waller as belonging to a coven.

31.) Upon information and belief, Jane Waller and Michael Waller are seeking revenge against me for exposing illegal activities in the criminal justice system - the record evidences sanctions, false arrest, denial of state mandated child support and restraining order.

32.) I have exhausted all remedies without conformation of the marital status of Mary Homer-Radtke and John A. Radtke.

33.) I have been denied income from and enjoyment of a lawful portion of the marital estate of Mary Homer-Radtke and John A. Radtke as well as significant and valuable property interest segregable to the favor of Mary Homer-Radtke.

34.) I did not know until researching void judgments that the judges in the 19th Judicial District Circuit Court were signing orders and judgments without authority conferred by jurisdiction.

35.) I will not deny my right of ownership of a rightful portion of the marital estate of John Allen Radtke and Mary Ellen Homer as well as property segregable to the favor of Mary Homer-Radtke which include an individual loan of $54,000.00 to B.Radtke & Sons, Inc., a $52,000.00 joint loan to B. Radtke & Sons, Inc. and a loan from Helen M. Homer to B. Radtke & Sons, Inc. for $42,000.00 with 9% interest.

36.) I contributed to the growth of the marital estate which included, but was not limited to, four businesses, two industrial properties, and residential properties.

37.) I filed a complaint with the United States Court in the Southern District of Texas asking for injunctive relief.

38.) I properly served John A. Radtke.

39.) I filed requests pursuant to F.R.C.P. 55(a) for default judgments sending the requests to the clerks at Brownsville and Corpus Christi.

40.) I did not receive notice of the default judgments which were due May 7, 2002.

41.) I searched the Lake County Recorder of Deeds finding that all the properties under a superior lien have been sold since April 2, 2002.

42.) My rights were not protected by a preliminary injunction.

43.) I am visually impaired as a result of being denied income from and enjoyment of rightful portion of the property.

44.) I have been damaged physically, financially, socially, and emotionally.

Further Affiant sayeth naught.

_____
Mary Ellen Homer-Radtke

STATE OF ILLINOIS                    INDIVIDUAL ACKNOWLEDGMENT

COUNTY OF LAKE

    Before me, the undersigned, a Notary Public in and for said County and State on this 8th day of November, 2002, personally appeared Mary Homer-Radtke to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act.

    Given under my hand and seal the day and year last above written.

My commission expires 1/10/2005  Carla R. Karaszewski  Notary Public

OFFICIAL SEAL
CARLA R. KARASZEWSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 1/10/2005

5