*Please file*

26

Mary Homer-Radtke
Temporary:
408 N. Lake St., #108
Mundelein, Illinois 60060

October 22, 2002

United States District Court
Southern District of Texas
FILED

NOV 1 2 2002

Michael N. Milby
Clerk of Court

P.O. Box 126
Lake Jackson, Texas 77566

B-02-063

Honorable Felix Recio
U.S. Courthouse
600 E. Harrison,
Brownsville, TX 78520

RE: Homer-Radtke v. Radtke – B-02-063, U.S. District Court, Southern District of Texas

Dear Judge Recio:

    I am filing as of right an amended complaint in Case B-02-063. I discovered that I had mistyped the title referencing declaratory judgments. In addition, I researched the law finding that to require John Radtke to affirm under oath that we are legally married could be coercive. Although the court has the authority to declare my rights as lawful wife, I believe that I have the responsibility to provide this court with evidence that there is no dissolution of marriage in the trial court record. I have enclosed a complimentary copy of the amended complaint.

    I am in receipt of a letter sent to you by agent Neal H. Levin regarding Rule 11's. I am not in receipt of the referenced Rule 11's. On July 11, 2002, Neal H. Levin told me that the copies sent to me at my post office address were returned to him. Agent Levin showed me a green card signed by someone without authority at said address. In addition, John A. Radtke is in technical default for failing to answer or appear pursuant to the summons and complaint properly served on April 16, 2002. John was in technical default before I filed for bankruptcy on May 10, 2002. I have sent two requests pursuant to F.R.C.P. Rule 55(a) to the Clerks at Brownsville and Corpus Christi for default judgments. Both Neal H. Levin and John A. Radtke are in technical default for failing to answer Rule 11's with summons on June 12, 2002. I sent requests to clerks for the defaults. I believe that the technical defaults must be removed and I must be served before the Rule 11's can be entered into the record.

    Agent Levin has attached sua sponte orders executed by Judge Schmidt that I have not received. I will be writing motions to vacate the void sua sponte orders. When you referred Case B-02-063 to the bankruptcy court, I was denied access to file my motions in the Brownsville Courthouse. I did not know how to caption my motions which I sent by certified mail to Corpus Christi.. Case B-02-063 was filed in the civil division and not in the bankruptcy division. When I agreed to dismiss the bankruptcy due to the fact that I could not access financial documents due to our move to Lake Jackson, Texas, the court lost jurisdiction over the parties and the marriage of John Allen Radtke

and Mary Ellen Homer. I received an ORDER SETTING HEARING executed by Judge Schmidt on July 25, 2002 and again on August 20, 2002. The caption removed my husband John as debtor and the subcaption was an adversary case. I was confused and did not understand. I did not know the movant and was not sent a complaint. I wrote many motions and objections by special appearance. I included a CERTIFICATE IN LIEU OF RECORD signed by Sally D. Coffelt, Clerk of the Court, evidencing the fact that there is no dissolution of marriage in the trial court record. I intended that these motions and objections be incorporated into Case B-02-063 as evidence of the lawful marriage of John Allen Radtke and Mary Ellen Homer-Radtke.

       I have acted in good faith at all times. I believe that agent Levin is requesting a ruling on the Rule 11's in order to collect his attorney fees in payment for my husband, John A. Radtke's, cooperation in an unlawful foreclosure action in the state trial court – 98CH1240. I have attached for your review notices to the trial court and the Appellate Court of the fraud and felony charges.

       I am anxious to return to my Texas home but must remain in Illinois until I get a ruling on the foreclosure action. My mother is 94 years old and was hospitalized due to a fall. I have been damaged. My mother has been damaged. I am sending my amended complaint and other documents to Brownsville for filing.

Respectfully,

*Mary Homer-Radtke*

Mary Homer-Radtke

cc  Neal H. Levin
     Neal H. Levin & Associates, P.C.
     954 W. Washington Boulevard
     Suite 2 SW
     Chicago, IL 60607