United States District Court
Southern District of Texas
FILED

NOV 1 2 2002

Michael N. Milby
Clerk of Court

IN THE UNTED STATES COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MARY HOMER-RADTKE | ) | |
|     Plaintiff, | ) | |
| | ) | Civil No. B-02-063 |
|     v. | ) | |
| | ) | |
| JOHN A. RADTKE | ) | |
|     Defendant. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT Mary Homer-Radtke, petitioner in the above-entitled cause, filed JUDICIAL NOTICE OF TIMELY REQUESTED DEFAULT JUDGMENTS and Affidavit with the Clerk of the Court, U.S. Courthouse, 600 E. Harrison St., Brownsville, Texas 78520 on ~~October 22~~, November 8 2002.

*Mary Homer-Radtke*

Mary Homer-Radtke

## PROOF OF SERVICE

A true, correct, and complete copy of JUDICIAL NOTICE OF TIMELY REQUESTED DEFAULT JUDGMENTS and Affidavit regarding a demand for a certified letter was mailed first class to John A. Radtke, 1641 Elmwood Dr., Highland Park, Illinois 60035 on ~~October 22,~~ November 8 2002 from an Illinois post office.

*Mary Homer-Radtke*

Mary Homer-Radtke

October 16, 2002
Mary Homer-Radtke
P.O. Box 126
Lake Jackson, Texas 77566

IN THE UNTED STATES COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

MARY HOMER-RADTKE )
    Plaintiff, )
                )    Civil No. B-02-063
       v. )
                )
JOHN A. RADTKE )
    Defendant. )

MOTION TO TAKE JUDICIAL NOTICE OF TIMELY REQUESTED DEFAULT
JUDGMENTS

COMES NOW Mary Homer-Radtke, claiming sui juris status as
plaintiff in the above-styled cause respectfully moves this Court
to take judicial notice pursuant to Article II, F.R.C.P. Rule 201
and in support states the following:

    1.   Mary Homer-Radtke filed a PETITION AND COMPLAINT IN
THE NATURE OF A PETITION FOR DECLARATORY AND INJUNCTIVE RELIEF
and MOTION FOR PRELIMINARY INJUNCTION on April 2, 2002.

    2.   Pursuant to F.R.C.P., Rule 201(d), Mary Homer-Radtke
requests that this Court shall take judicial notice of the fact
that proper service was given to John A. Radtke on April 16, 2002
and noticed to this court on May 9, 2002 in an EMERGENCY MOTION
FOR STATUS HEARING.

    3.   Pursuant to F.R.C.P., Rule 201(d), Mary Homer-Radtke
requests that this Court shall take judicial notice of the fact
that entry of a default judgment was due as of May 7, 2002 for
John A. Radtke's failure to file a responsive pleading.  The
delay in requesting entry of a default judgment was a result of
the court's response to the EMERGENCY MOTION FOR STATUS HEARING.
Mary Homer-Radtke received the same ORDER signed by Judge Recio
on April 12, 2002 ordering Mary Homer-Radtke to appear on May 28,
2002.

    4.   REQUEST TO CLERK FOR ENTRY OF DEFAULT PURSUANT TO
F.R.C.P. RULE 55(a) with an AFFIDAVIT IN SUPPORT OF DEFAULT
JUDGMENT was sent certified mail, 7002051000439630167, to the
Courthouse at Corpus Christi, Texas on July 3, 2002, received on
July 5, 2002 and file stamped into the record on July 15, 2002.

1

5.   REQUEST TO CLERK FOR ENTRY OF DEFAULT PURSUANT TO
F.R.C.P. RULE 55(a) with an AFFIDAVIT IN SUPPORT OF DEFAULT
JUDGMENT was sent certified mail, 70020460000064283604, to Olivia
Gutierrez or any clerk with authority on July 6, 2002 and
received by M. Guzman on July 9, 2002.

6.   Pursuant to F.R.C.P., Rule 201(d), Mary Homer-Radtke
requests that this Court shall take judicial notice of the fact
that agent Neal H. Levin did not have standing in the court on
May 28, 2002 due to failure to timely file the Pro Hac Vice,
failure to give notice to Mary Homer-Radtke, failure to provide
proof of service, and failure to have the Pro Hac Vice signed by
Judge Recio in violation of Supreme Court Rule 6.  Without
providing copies to Mary Homer-Radtke, Neal H. Levin tendered
documents to the court which were referenced as judgment and
settlement in the minutes entered in the docket.

7.   Pursuant to F.R.C.P., Rule 201(d), Mary Homer-Radtke
requests that this Court shall take judicial notice of the fact
that there is no judgment or settlement dissolving the marriage
of John Allen Radtke and Mary Ellen Homer in the trial court
record. A true and correct copy of the CERTIFICATE IN LIEU OF
RECORD for Case 92D1279 evidencing the fact that the void
judgment and void settlement tendered by Neal H. Levin are not in
the trial court record is attached as Exhibit A.

8.   Pursuant to F.R.C.P., Rule 201(d), Mary Homer-Radtke
requests that this Court shall take judicial notice of the fact
that the Appellate Court – Second District denied Mary Homer-
Radtke's good faith motions to supplement the record.  True and
correct copies of ORDERS evidencing the denial are attached
hereto as Exhibit B-1 and B-2.

9.   SUMMONS and PETITION FOR SANCTIONS PURSUANT TO FEDERAL
RULES OF CIVIL PROCEDURE, RULE 11 with supporting AFFIDAVIT was
sent by certified mail on June 12, 2002 to John A. Radtke.
Proper service was evidenced by John A. Radtke's signature on
June 15, 2002.

2

10.   SUMMONS and PETITION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 11 with supporting AFFIDAVIT was sent by certified mail on June 12, 2002 to Neal H. Levin on June 12, 2002 to his address of record and another mailing to a change of address on July 6, 2002.  The signature card evidencing service was dated July 1, 2002.

11.   REQUEST TO CLERK FOR ENTRY OF DEFAULT PURSUANT TO F.R.C.P. RULE 55(a) with an AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT was sent certified mail, 70021000000494040456, to the Courthouse at Corpus Christi, Texas on July 26, 2002 and entered into the record on July 29, 2002.

12.   REQUEST TO CLERK FOR ENTRY OF DEFAULT PURSUANT TO F.R.C.P. RULE 55(a) with an AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT was sent to Olivia Gutierrez or any clerk with authority at the Courthouse at Brownsville, Texas on July 23, 2002.

13.   In August a second REQUEST TO CLERK FOR ENTRY OF DEFAULT PURSUANT TO F.R.C.P. RULE 55(a) with an AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT for failure to answer the April 2, 2002 summons and complaint was sent to the Courthouse in Corpus Christi, Texas.

14.   Pursuant to F.R.C.P., Rule 201(d), Mary Homer-Radtke requests that this Court shall take judicial notice of the fact that pleadings entered in support of Mary Homer-Radtke's request for default judgments include but are not limited to the following: MOTION TO VACATE ORDER REFERRING CASE TO BANKRUPTCY COURT ENTERED JUNE 11, 2002 with AFFIDAVIT filed on June 21, 2002 claiming the right to a default judgment as of May 7, 2002; MOTION TO STRIKE APPEARANCE OF NEAL H. LEVIN ON MAY 28, 2002 AND DOCUMENTS TENDERED BY NEAL H. LEVIN ON BEHALF OF JOHN A. RADTKE FROM THE RECORD and AFFIDAVIT filed on July 16, 2002; MOTION TO STRIKE PRO HAC VICE PURSUANT TO SUPREME COURT RULE 6 and AFFIDAVIT filed on July 29, 2002; PETITION TO DECLARE NULL AND VOID THE JUDGMENT OF JUNE 6, 1995 AND THE SETTLEMENT OF JUNE 2, 1995 and AFFIDAVIT filed on July 29, 2002.

15.  Pursuant to F.R.C.P., Rule 201(d), Mary Homer-Radtke requests that this Court shall take judicial notice of the fact that the court's failure to grant MOTION FOR INJUNCTIVE RELIEF in a timely manner allowed John A. Radtke the opportunity to fraudulently transfer title of properties and sell properties which were encumbered by superior liens and U.C.C. financial statements.  True and correct copies of the liens, referenced U.C.C. financial statements, and property description is attached hereto as Exhibit C.

## AFFIDAVIT

I, Mary Ellen Homer-Radtke, of lawful age and competent to testify, state as follows based on my own personal knowledge:

I. I have been denied income from and enjoyment of my personal and real property since Jane Waller executed an order on July 30, 1992 converting the property to the control of my husband, John A. Radtke.

II. I filed an appeal to vacate a void judgment.

III. I inspected the trial court record finding that there was no void judgment.

IV. I was denied the opportunity to supplement the record with a void judgment and void settlement by the Appellate Court.

V. I filed a petition for declaratory judgment and a motion for injunctive relief with the United States Court in the Southern District of Texas to determine a theory of indemnity to claim lawful portion of the marital estate of John Allen Radtke and Mary Ellen Homer-Radtke.

VI. I had the right to a default judgment on May 7, 2002.

VII. I was traumatized when agent Neal H. Levin made a surprise visit to Judge Recio's courtroom on May 28, 2002.

VIII. I objected knowing that agent Levin did not have standing in the court.

IX. I objected when I saw agent Levin tender documents to the court without giving me a copy.

X. I heard Judge Recio say that he was going to recommend dismissal of the case.

XI. I gave agent Levin and John A. Radtke summons and complaint for sanctions for violations of Supreme Court Rule 6 and for tendering inadmissible documents as evidence.

XII. I made requests to the clerk for default judgments.

XIII. I did not receive the default judgments.

XIV. I was not granted my motion for injunctive relief.

XV. I was confronted in the lobby by agent Levin on July 11, 2002.

XVI. I heard agent Levin say that he thought I am a joke and the judges think I am a joke.

XVII. I heard agent Levin say that sanctions he mailed me had been returned to him.

XVIII. I saw a green card signed by somebody that agent Levin claimed was proof of service for the returned documents.

XIX. I heard agent Levin tell me that I had to withdraw my bankruptcy filing and my petition for declaratory judgment and injunctive relief or he was going to get sanctions against me.

XX. I heard agent Levin say that he was going to get the Office of the Recorder of Deeds to remove my liens on properties.

XXI. I heard agent Levin ask me what I wanted.

XXII. I heard and saw agent Levin telling me that I was going to get zero by holding up his fingers in a circle.

XXIII. I filed requests for default judgments on my petition for sanctions against agent Levin and my husband, John A. Radtke.

XXIV. I did not receive the default judgments.

XXV. I was not given injunctive relief.

XXVI. I returned to Illinois to prepare an appeal brief in an unlawful foreclosure action.

XXVII. I discovered that a theft had occurred with perfected negotiable instruments missing, approximately $150,000 face value in loans to B. Radtke & Sons, Inc. missing, my

marriage license missing, 15 trusts missing, and legal documents missing.

XXVIII. I made a police report: 02-14082 Mundelein, Illinois.

XXIX. I discovered at the Office of the Recorder of Deeds that the properties encumbered with priority liens and U.C.C. financial statements had been sold.

XXX. I have been damaged financially, socially, and emotionally.

Further Affiant sayeth naught.

Mary Ellen Homer-Radtke
P.O. Box 126
Lake Jackson, Texas 77566

STATE OF ILLINOIS                    INDIVIDUAL ACKNOWLEDGMENT

COUNTY OF LAKE


Before me, the undersigned, a Notary Public in and for said County and State on this _10th_ day of _October_ 2002, personally appeared _With Valid ID_ ~~to me~~ known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act.

Given under my hand and seal the day and year last above written.

My commission expires _1-4-06_                          Notary Public

> "OFFICIAL SEAL"
> LAURA B. DUNBAR
> Notary Public, State of Illinois
> My Commission Expires 1/4/06



APPEAL TO THE APPELLATE COURT OF ILLINOIS, SECOND DISTRICT, FROM THE CIRCUIT
COURT OF THE NINETEENTH JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS

IN RE THE MARRIAGE OF:                )
                                      )    Circuit Court No. __92 D 1279__
MARY HOMER_RADTKE                     )
and                                   )    Trial Judge__ Jane Waller__
                                      )
JOHN A. RADTKE                        )    Reviewing Court No.__2-00-1065__
                                      )
                                      )

CERTIFICATE IN LIEU OF RECORD

I,__SALLY D. COFFELT_____, Clerk of the Circuit Court in said County and
State and keeper of the records, files and seal of the Court, do hereby certify
that the Record on Appeal in the above-capationed matter has been prepared and
certified in the form required for transmission to the reviewing court.

(See attached Table of Contents)

I further certify that the Record on Appeal has this date been delivered to:
   MARY HOMER_RADTKE,  c/o/ 408 N. Lake Street #108
__Mundelein, Il.  60060        847-949-9329_____.
I do further certify that this Certificate In Lieu of Record, pursuant to
Supreme Court Rule 324, issued out of my office this __1st__ day of __November__
20__00__.



_Sally D. Coffelt_
Clerk of the Circuit Court

Exhibit A
1/22

# T R A N S C R I P T

IN RE THE MARRIAGE OF:   )
    )
MARY HOMER-RADTKE    )    PETITION FOR
    )    DISSOLUTION
and    )    OF MARRIAGE
    )
JOHN A. RADTKE    )

## GENERAL NO.  92 D 1279

2/22

92 D 1279

## **TABLE OF CONTENTS**                    **PAGE #**

PETITION FOR DISSOLUTION OF MARRIAGE filed July 7, 1992.............................. C-0001

SUMMONS filed July 16, 1992.................................................................................. C-0006

NOTICE OF MOTION filed July 16, 1992..................................................................... C-0008

PETITION FOR TEMPORARY CUSTODY AND SUPPORT filed July 16, 1992.......... C-0009

ORDER entered and filed July 16, 1992...................................................................... C-0013

APPEARANCE filed July 2, 1992................................................................................. C-0014

RESPONSE filed July 30, 1992................................................................................... C-0015

ORDER entered and filed July 30, 1992...................................................................... C-0018

CERTIFICATE OF SERVICE filed September 16, 1992............................................... C-0019

NOTICE OF MOTION filed October 20, 1992............................................................... C-0020

ORDER entered and filed October 20, 1992................................................................ C-0021

NOTICE OF MOTION filed October 23, 1992............................................................... C-0022

AGREED ORDER entered and filed October 23, 1992................................................ C-0023

PETITION FOR RULE TO SHOW CAUSE filed October 30, 1992................................ C-0024

RESPONSE filed October 30, 1992............................................................................. C-0029

PETITION filed October 30, 1992................................................................................. C-0032

AGREED ORDER entered and filed October 30, 1992................................................ C-0034

AGREED ORDER entered and filed March 8, 1993..................................................... C-0035

AGREED ORDER entered and filed July 12, 1993....................................................... C-0036

NOTICE OF MOTION filed August 6, 1993.................................................................. C-0037

MOTION TO COMPEL filed August 6, 1993................................................................. C-0038

AGREED ORDER entered and filed August 6, 1993.................................................... C-0040

MOTION filed September 3, 1993................................................................................. C-0041

3/22

92 D 1279

## TABLE OF CONTENTS <span>PAGE #</span>

ORDER entered and filed September 3, 1993................................................................ C-0042

NOTICE OF MOTION filed September 3, 1993.......................................................... C-0044

APPEARANCE filed September 24, 1993................................................................... C-0045

NOTICE OF MOTION filed November 23, 1993......................................................... C-0046

NOTICE OF MOTION filed November 22, 1993......................................................... C-0047

ORDER entered and filed November 22, 1993.......................................................... C-0049

ORDER entered and filed January 10, 1994.............................................................. C-0050

ORDER entered and filed March 14, 1994................................................................. C-0051

ORDER entered and filed March 28, 1994................................................................. C-0052

SUPPLEMENTAL APPEARANCE filed April 12, 1994............................................. C-0053

SUBSTITUTION OF ATTORNEYS filed April 12, 1994........................................... C-0054

ORDER entered and filed April 12, 1994................................................................... C-0055

APPEARANCE filed April 14, 1994............................................................................ C-0056

PROOF OF SERVICE OF DISCOVERY DOCUMENTS filed May 9, 1994.................. C-0057

ORDER entered and filed June 22, 1994.................................................................... C-0058

ORDER entered and filed July 18, 1994..................................................................... C-0059

ORDER entered and filed July 22, 1994..................................................................... C-0060

ORDER entered and filed September 19, 1994.......................................................... C-0061

AGREED ORDER entered and filed November 1, 1994............................................. C-0062

AGREED ORDER entered and filed November 2, 1994............................................. C-0063

AGREED ORDER entered and filed November 28, 1994........................................... C-0064

ORDER entered and filed January 17, 1995............................................................... C-0065

NOTICE OF MOTION TO WITHDRAW filed February 28, 1995.................................. C-0066

## 92 D 1279

**<u>TABLE OF CONTENTS</u>**                                    **PAGE #**

MOTION TO WITHDRAW filed February 28, 1995........................................................ C-0067

PETITION FOR ATTORNEY'S FEES filed February 28, 1995..................................... C-0068

ORDER TO WITHDRAW filed February 28, 1995...................................................... C-0073

AGREED ORDER entered and filed February 28, 1995............................................. C-0074

SUPPLEMENTAL APPEARANCE filed March 10, 1995............................................. C-0075

NOTICE OF MOTION filed March 10, 1995................................................................ C-0076

MOTION FOR LEAVE TO FILE COUNTER-PETITION FOR DISSOLUTION

OF MARRIAGE filed March 10, 1995........................................................................ C-0077

COUNTER-PETITION FOR DISSOLUTION OF MARRIAGE filed March 14, 1995..... C-0079

AGREED ORDER entered and filed March 14, 1995................................................. C-0082

SUBSTITUTE APPEARANCE filed March 20, 1995................................................... C-0083

EMERGENCY NOTICE OF MOTION filed April 10, 1995........................................... C-0084

EMERGENCY MOTION filed April 10, 1995............................................................... C-0085

MOTION filed April 10, 1995..................................................................................... C-0086

RESPONSE TO COUNTER-PETITION filed April 10, 1995........................................ C-0089

RESPONSE TO COUNTER-PETITION filed April 10, 1995........................................ C-0089

AFFIDAVIT filed April 10, 1995................................................................................. C-0091

TRIAL SUBPOENA filed April 13, 1995..................................................................... C0093

NOTICE TO APPEAR AND PRODUCE filed April 17, 1995....................................... C-0105

ORDER entered and filed April 17, 1995................................................................... C-0108

ORDER entered and filed April 18, 1995................................................................... C-0109

AGREED ORDER entered and filed April 18, 1995................................................... C-0110

TRIAL SUBPOENA filed April 24, 1995..................................................................... C-0111

**92 D 1279**

## <u>TABLE OF CONTENTS</u>                                    <u>PAGE #</u>

MOTON FOR SANCTIONS filed May 1, 1995.............................................. C-0113

PETITION filed May 1, 1995............................................................... C-0116

RESPONSE filed May 1, 1995............................................................. C-0118

ORDER entered and filed May 1, 1995................................................... C-0119

SUBPOENA filed May 30, 1995........................................................... C-0120

ORDER FOR WITHHOLDING filed June 7, 1995......................................... C-0128

ORDER entered and filed June 7, 1995.................................................. C-0130

CERTIFICATE OF COMPLETION filed June 27, 1995................................... C-0131

MOTION TO SET ASIDE AND VACATE filed July 5, 1995............................... C-0132

NOTICE OF MOTION filed July 18, 1995.................................................. C-0134

CERTIFICATE OF COMPLETION filed July 28, 1995.................................... C-0135

COPIES OF CANCELLED CHECKS filed August 1, 1995............................... C-0137

CERTIFICATE OF COMPLETION filed August 8, 1995................................. C-0139

PETITION TO SHOW CAUSE filed November 27, 1995................................ C-0140

NOTICE OF MOTION filed December 14, 1995.......................................... C-0144

ORDER entered and filed December 14, 1995........................................... C-0145

APPEARANCE filed March 26, 1996..................................................... C-0146

NOTICE OF MOTION filed March 26, 1996............................................... C-0147

MOTION FOR RULE TO SHOW CAUSE filed March 26, 1996......................... C-0148

RESPONSE TO MOTION FOR RULE SHOW CAUSE filed April 12, 1996.............. C-0175

AGREED ORDER entered and filed Aperil 12, 1996................................... C-0181

SUPPLEMENTAL APPEARANCE filed June 4, 1996..................................... C-0182

AMENDED NOTICE OF MOTION filed June 24, 1996................................... C-0183

6/22

**92 D 1279**

## **TABLE OF CONTENTS**                                    **PAGE #**

AMENDED NOTICE OF MOTION filed June 24, 1996..................................................... C-0184

AMENDED NOTICE OF MOTION filed June 24, 1996..................................................... C-0185

AMENDED PETITION FOR ATTORNEY'S FEES AND COSTS

filed June 24, 1996........................................................................................................ C-0186

AMENDED NOTICE OF FILING filed June 24, 1996.................................................... C-0189

AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD

FOR PETITIONER filed June 24, 1996........................................................................ C-0190

NOTICE OF MOTION filed July 3, 1996....................................................................... C-0194

MOTION FOR SANCTIONS AGAINST SHARON L. KELLER & ASSOCIATES

P.C. AND MARY HOMER-RADTKE filed July 3, 1996................................................ C-0195

SUPPLEMENTAL APPEARANCE filed July 11, 1996.................................................. C-0198

ORDER entered and filed July 12, 1996........................................................................ C-0199

AGREED JUDGMENT ORDER entered and filed July 12, 1996.................................. C-0200

NOTICE OF MOTION filed October 17, 1996................................................................ C-0201

PETITION TO INTERVENE AND MODIFY SUPPORT ORDER

filed October 17, 1996.................................................................................................. C-0202

ORDER entered and filed November 8, 1996................................................................ C-0204

SUPPORT ORDER entered and filed November 8, 1996.............................................. C-0205

ORDER FOR WITHHOLDING filed November 8, 1996................................................. C-0206

ORDER FOR WITHHOLDING filed November 22, 1996............................................... C-0208

AMENDED SUPPORT ORDER entered and filed November 22, 1996......................... C-0210

SUBPOENA FOR DEPOSITION filed December 4, 1996.............................................. C-0211

7/22

92 D 1279

## TABLE OF CONTENTS                    PAGE #

AFFIDAVIT OF SERVICE OF ORDER FOR WITHHOLDING filed

December 10, 1996................................................................................................ C-0212

AGREED SUPPORT ORDER entered and filed December 13, 1996........................ C-0213

AGREED ORDER FOR WITHHOLDING filed December 13, 1996.............................. C-0214

AFFIDAVIT OF SERVICE OF ORDER FOR WITHHOLDING filed

January 3, 1997.................................................................................................... C-0215

AFFIDAVIT OF SERVICE OF ORDER FOR WITHHOLDING filed

January 10, 1997.................................................................................................. C-0216

LETTER filed February 17, 1997.......................................................................... C-0217

AFFIDAVIT OF MARY ELLEN HOMER RADTKE filed March 7, 1997........................ C-0218

AFFIDAVIT OF MARY ELLEN HOMER-RADTKE filed March 18, 1997...................... C-0226

AFFIDAVIT OF MARY ELLEN HOMER-RADTKE filed March 18, 1997...................... C-0289

AFFIDAIVT OF MARY E. HOMER-RADTKE filed May 8, 1997.................................. C-0313

LETTER filed May 13, 1997.................................................................................. C-0323

AFFIDAIVT OF MARY E. HOMER-RADTKE filed May 13, 1997................................ C-0324

LETTER filed June 2, 1997.................................................................................... C-0331

AFFIDAVIT OF MARY E. HOMER-RADTKE filed June 2, 1997.................................. C-0333

PETITION TO VACATE THE MARITAL SETTLEMENT AGREEMENT IN

DIVORCE CASE 92D1279 filed June 6, 1997........................................................ C-0373

AFFIDAIVT OF MARY E. HOMER-RADTKE filed June 6, 1997.................................. C-0384

F.R.C.P. RULE 60(b) filed March 31, 1998............................................................ C-0390

NOTICE OF FILING filed August 26, 1999............................................................ C-0392

NOTICE OF FILING filed August 26, 1999............................................................ C-0394

92 D 1279

## **TABLE OF CONTENTS**                                    **PAGE #**

AFFIDAVIT OF COURT PORCEEDINGS ON AUGUST 26, 1999

BEFORE JUDGE SANTI filed August 26, 1999 filed August 26, 1999.......................... C-0396

ORDER entered and filed August 26, 1999.................................................................. C-0403

NOTICE OF MOTION filed September 1, 1999........................................................... C-0404

NOTICE AND DEMAND filed September 1, 1999....................................................... C-0405

MOTION FOR RULE TO SHOW CAUSE filed September 1, 1999.............................. C-0406

MOTION TO VACATE ORDER FOR CASE 92D1279, AUGUST 26, 1999

filed September 1, 1999............................................................................................... C-0415

NOTICE AND DEMAND filed September 1, 1999....................................................... C-0424

VERIFIED AFFIDAVIT filed September 1, 1999.......................................................... C-0427

NOTICE AND DEMAND filed September 2, 1999....................................................... C-0464

PETITION AND ORDER TO SUE OR DEFEND AS POOR PERSON

filed September 10, 1999............................................................................................. C-0466

POST-TRIAL MOTION IN ARREST OF JUDGMENT AND FOR A NEW

TRIAL filed September 24, 1999.................................................................................. C-0467

NOTICE OF MOTION filed September 27, 1999......................................................... C-0471

PETITION FOR REMOVAL filed September 27, 1999................................................. C-0472

VERIFIED AFFIDAVIT OF FACT IN REGARD TO POST TRIAL MOTION FOR

A NEW TRIAL AND ARREST OF JUDGMENT filed September 27, 1999................... C-0473

NOTICE OF REMOVAL filed September 27, 1999...................................................... C-0480

NOTICE OF REMOVAL filed September 27, 1999...................................................... C-0482

APPLICATION FOR REMOVAL filed September 27, 1999......................................... C-0484

CLAIM filed September 27, 1999................................................................................. C-0488

9/22

92 D 1279

## **TABLE OF CONTENTS**                          **PAGE #**

NOTICE AND DEMAND filed September 29, 1999........................................ C-0490

NOTICE AND DEMAND filed September 29, 1999........................................ C-0492

BILL QUIA TIMET filed October 4, 1999.................................................... C-0494

BILL QUIA TIMET REGARDING DIVORCE CASE 92D1279 AND SUBSEQUENT

CHILD SUPPORT ENFORCEMENT PROCEEDINGS IV-D NA-057-9388

AND IV-D#C00282640 AND THE COURT PROCEEDINGS ON

AUGUST 26, 1999 BEFORE JUDGE SANTI filed October 13, 1999........................... C-0499

NOTICE OF DEFAULT AND DEMAND FOR PAYMENT IN REGARD TO

CHARGING LETTER DATED 4-21-99 filed October 13, 1999....................................... C-0512

DEMAND FOR PAYMENT-NOTICE OF CHARGES OF VIOLATIONS OF

720 ILCS 5/16-1.3 filed October 13, 1999.................................................... C-0515

BILL QUIA TIMET filed October 13, 1999.................................................... C-0518

MOTION TO WITHDRAW filed October 14, 1999........................................... C-0522

ORDER FOR WITHDRAWAL filed October 14, 1999...................................... C-0523

ORDER entered and filed October 14, 1999................................................. C-0524

NOTICE AND DEMAND IN REGARD TO PAYMENT OF CHILD

SUPPORT filed October 19, 1999............................................................. C-0525

BILL QUIA TIMET REFERENCING DIVORCE CASE 92D1279 FROM

JUNE OF 1992 THROUGH MARCH OF 1994-ATTORNEY SALLY LICHTER

filed October 22, 1999........................................................................... C-0529

BILL QUIA TIMET REFERENCING DIVORCE CASE 92D1279 FROM

APRIL OF 1994 UNTIL MARCH OF 1995-ATTORNEY DOUG STILES

filed October 22, 1999........................................................................... C-0537

## 92 D 1279

## <u>TABLE OF CONTENTS</u>                    <u>PAGE #</u>

BILL QUIA TIMET REFERENCING DIVORCE CASE 92D1279 FROM

APRIL 1994 UNTIL MARCH 1995 - ATTORNEY DOUG STILES

filed October 22, 1999.................................................................................. C-0545

BILL QUIA TIMET REFERENCING DIVORCE CASE 92D1279 FROM

APRIL OF 1995-ATTORNEY EVA SCHWARTZMAN AND MAY OF 1995

UNTIL POST DIVORCE IN REGARDS TO FINANCIAL MEDIATION-ELAINE

COLLINS OF MERIDIAN AND ASSOCIATES WITH INA BERKLEY AS

THE RAPIST filed October 22, 1999........................................................... C-0553

BILL QUIA TIMET REFERNCING DIVORCE CASE 92D1279 FROM

FEBRUARY OF 1995 UNTIL POST DIVORCE - JULY 1996 IN REGARDS

TO CHILD MEDIATION-INA BERKLEY filed October 22, 1999.................... C-0565

MOTION TO STAY THE PROCEEDINGS AND FOR AN EXTENSION OF

TIME TO MEET WITH COUNSEL filed October 22, 1999............................ C-0573

NOTICE AND DEMAND TO CORRECT ERRORS ON ORDER FOR

WITHDRAWAL filed November 2, 1999...................................................... C-0578

NOTICE OF FILING filed November 4, 1999............................................... C-0582

RESPONSE TO PETITIONER'S MOTION IN ARREST OF JUDGMENT

AND FOR A NEW TRIAL AND MOTION TO VACATE ORDER OF

AUGUST 26, 1999...................................................................................... C-0584

APPEARANCE filed November 4, 1999...................................................... C-0588

PETITIONER'S FIRST NOTICE TO PRODUCE TO RESPONDENT

filed November 10, 1999............................................................................ C-0589

**92 D 1279**

## <u>TABLE OF CONTENTS</u>                                 <u>PAGE #</u>

NOTICE AND DEMAND TO CORRECT ERRORS ON ORDER FOR

WITHDRAWAL filed November 10, 1999.................................................... C-0595

PETITION THE COURT TO RECONSIDER JUDGMENT OF HEARING ON THE

MOTION TO STAY PROCEEDINGS FOR AN EXTENSION OF TIME TO

MEET WITH COUNSEL ON NOVEMBER 1, 1999 IN ROOM 619, JUDGE

JOHN H. SQUIRES, BY VERIFIED AFFIDAVIT WITH ACCOMPANYING BILL

QUIA TIMET AND NOTICE OF TAMPERING WITH THE COURT RECORD

filed November 10, 1999................................................................ C-0599

AMENDED MOTION TO VACATE VOID ORDER IN DIVORCE CASE

92D1279, AUGUST 26, 1999 filed November 10, 1999............................... C-0603

BILL QUIA TIMET I filed November 10, 1999.............................................. C-0613

VERIFIED AFFIDAVIT OF FACT IN REGARD TO THE BILL QUIA TIMET

REFERENCING DIVORCE CASE 92D1279 FROM JUNE OF 1992

THROUGH MARCH OF 1994-ATTORNEY SALLY LICHTER

filed November 10, 1999................................................................ C-0618

VERIFIED AFFIDAVIT OF FACT IN REGARD TO THE BILL QUIA TIMET

REFERENCING DIVORCE CASE 92D1279 FROM APRIL OF 1994 UNTIL

MARCH OF 1995-ATTORNEY DOUGH STILES filed November 10, 1999................ C-0625

VERRIFIED AFFIDAVIT OF FACT IN REGARD TO THE BILL QUIA TIMET

REFERENCING DIVORCE CASE 92D1279 FROM FEBRUARY OF 1995

UNTIL POST DIVORCE -JULY 1996 IN REGARDS TO CHILD MEDIATION-INA

BERKLEY AND FINANCIAL MEDIATION-ELAINE COLLINS OF MERIDIAN AND

ASSOCIATES filed November 10, 1999................................................ C-0631

**92 D 1279**

## **TABLE OF CONTENTS**                                    **PAGE #**

BILL QUIA TIMET REFERENCEING DIVORCE CASE 92D1279 FROM

APRIL OF 1995 TO POST DIVORCE WITH ATTORNEY EVA SCHWARTZMAN

THE TRIAL OF JUNE 6, 1995 WITH JUDGE PHILLIPS PRESIDING AND

MAY OF 1995 UNTIL POST DIVORCE IN REGARDS TO FINANCIAL

MEDIATION-ELAINE COLLINS OF MERIDIAN AND ASSOCIATED WITH

INA BERKLEY AS THE RAPIST filed November 10, 1999.......................................... C-0640

BILL QUIA TIMET REFERENCING DIVORCE CASE 92D1279 IN POST TRIAL

MOTION WITH DHARON KELLER AS ATTORNEY FOR PETITIONER FROM

MARCH OF 1996 TO JULY 1996 BY VERIFIED AFFIDAVIT filed

November 10, 1999.......................................................................................... C-0657

BILL QUIA TIMET IN REGARD TO THE HEARING ON MOTION TO STAY

PROCEEDINGS FOR AN EXTENSION OF TIME TO MEET WITH COUNSEL

ON NOVEMBER 1, 1999 IN 619 JUDGE JOHN SQUIRES BY VERIFIED

AFFIDAVIT filed November 10, 1999....................................................................... C-0668

BILL QUIA TIMET IN REGARD TO THE STATUS HEARING ON

OCTOBER 7, 1999 IN ROOM 619 JUDGE JOHN H. SQUIRES filed

November 10, 1999.......................................................................................... C-0674

BIL QUIA TIMET REFERENCING DIVORCE CASE 92D1279 IN POST TRIAL

MOTION OF WITHDRAWAL OF SHARON L. KELLER AND ENGAGEMENT OF

THE OFFICE OF THE STATE'S ATTORNEY FOR THE COLLETION OF

CHILD SUPPORT FROM JUNE 24, 1996 TO THE PRESENT

filed November 10, 1999.................................................................................... C-0688

NOTICE OF MOTION filed November 10, 1999........................................................ C-0702

13 / 22

**92 D 1279**

## TABLE OF CONTENTS                    PAGE #

SUBJECT-MATTER JURISDICTION filed November 19, 1999.................................... C-0703

AFFIDAVIT filed December 6, 1999........................................................................... C-0713

VERIFIED AFFIDAVIT OF FACT IN REGARD TO "NO SIGNATURE" ON THE

DOCUMENTS ALLOWING MARY-ELLEN HOMER TO SUE OR DEFEND

AS A POOR PERSON IN CASE 92D1279, 99P729 AND 98CH1240 AND

98SC4151 IN THE STATE COURT 19TH JUDICIAL DISTRICT CIRCUIT COURT

IN LAKE COUNTY filed December 10, 1999................................................ C-0720

VERIFIED AFFIDAVIT OF FACT IN REGARD TO "NO SIGNATURE" ON THE

MARITAL SETTLEMENT AGREEMENT DATED JUNE 2, 1995 AND "NO

SIGNATURE" ON ANY CONTRACTS DATED JUNE 6, 1995 IN REGARD TO

DIVORCE CASE 92D1279 IN THE STATE COURT 19TH JUDICIAL DISTRICT

CIRCUIT COURT IN LAKE COUNTY filed December 1, 1999..................................... C-0723

VERIFIED AFFIDAVIT OF FACT IN REGARD TO "NO SIGNATURE" ON THE

MARITAL SETTLEMENT AGREEMENT DATED JUNE 2, 1995 AND "NO

SIGNATURE" ON ANY CONTRACTS DATED JUNE 6, 1995 IN REGARD TO

DIVORCE CASE 92D1279 IN THE STATE COURT 19TH JUDICIAL DISTRICT

CIRCUIT COURT IN LAKE COUNTY filed December 1, 1999..................................... C-0727

VERIFIEDAFFIDAVIT OF FACT IN REGARD TO "NO SIGNATURE" ON THE

DOCUMENTS ALLOWING MARY-ELLEN HOMER TO SUE OR DEFEND

AS A POOR PERSON IN CASE 92D1279, 99P729 AND 98CH1240 AND

98SC4151 IN THE STATE COURT 19TH JUDICIAL DISTRICT CIRCUIT COURT

IN LAKE COUNTY filed December 10, 1999............................................................... C-0731

14 / 22

92 D 1279

## **TABLE OF CONTENTS** <span style="float:right">**PAGE #**</span>

VERIFIED AFFIDAVIT OF FACT IN REGARD TO MEETING WITH ATTORNEY

on DECEMBER 1, 1999 AND HER REFUSAL TO ACCEPT THE CASE ON THE

GROUNDS THAT THE AGENCY ONLY HANDLES CHAPTER 7 CASES AND

THE NEED FOR AN EXTENSION OF TIME TO AMEND THE BANKRUTCY

FILING TO REFLECT THE CHANGE IN STATUS OF MARY-ELLEN HOMER

AND TIME FOR WRITING AND FILING ADDITIONAL DOCUMENTS

filed December 10, 1999................................................................................ C-0734

VERIFIED AFFIDAVIT OF FACT IN REGARD TO "NO SIGNATURE" ON THE

DOCUMENTS ALLOWING MARY-ELLEN HOMER TO SUE OR DEFEND

AS A POOR PERSON IN CASE 92D1279, 99P729 AND 98CH1240 AND

98SC4151 IN THE STATE COURT 19TH JUDICIAL DISTRICT CIRCUIT COURT

IN LAKE COUNTY filed December 10, 1999.................................................. C-0737

NOTICE TO THE COURT THAT MARY-ELLEN HOMER HAS PRIVATIZED HER

PERSON AND COMMERCIAL AFFAIRS PURSUANT TO UCC1-207.7 AND

UCC1-103.6 BY VERIFIED AFFIDAVIT filed December 14, 1999............................... C-0745

NOTICE AND DEMAND filed December 21, 1999......................................... C-0751

NOTICE OF DEFAULT filed December 21, 1999........................................... C-0753

NOTICE OF DEFAULT filed December 21, 1999........................................... C-0756

VERIFIED AFFIDAVIT OF FACT IN REGARD TO "NO SIGNATURE" ON ANY

COURT RELATED CONTRACTS WITH SHARON KELLER AND PUBLIC

AID-A DIVISION OF CHILD SUPPORT ENFORCEMENT, DISSOLUTION OF

MARRIAGE, IN REGARD TO DIVORCE CASE 92D1279 IN THE STATE

COURT 19TH JUDICIAL DISTRICT CURCUIT COURT IN LAKE COUNTY

92 D 1279

## TABLE OF CONTENTS                                    PAGE #

UCC 1-207 AND UCC 1-103 filed December 21, 1999..................................................C-0760

AFFIDAVIT OF FACT IN REGARD TO DECEMBER 22, 1999 HEARING

ON MOTION TO VACATE VOID ORDER OF AUGUST 26, 1999 BEFORE

JUDGE EMILIO SANTI filed December 22, 1999.........................................................C-0769

ORDER entered and filed December 22, 1999...........................................................C-0796

NOTICE OF MOTION filed January 19, 2000..............................................................C-0797

MOTION TO VACATE VOID ORDERS IN THE STATE COURT CASE

NUMBER 92D1279, 19TH JUDICIAL DISTRICT CIRCUIT COURT OF LAKE

COUNTY PURSUANT TO 735 ILCS 5/2-1401, UCC 1-207 AND UCC 1-103.6

filed January 19, 2000............................................................................................C-0798

LETTER filed January 19, 2000.................................................................................C-0813

NOTICE filed January 19, 2000.................................................................................C-0815

NOTICE filed January 19, 2000.................................................................................C-0817

SECOND NOTICE OF DEFAULT filed January 19, 2000.............................................C-0819

SECOND NOTICE OF DEFAULT filed January 19, 2000.............................................C-0821

COMPLAINT PURSUANT TO THE WIFE ABANDONMENT ACT 750 ILCS

15/1 ET SEQ. Filed February 8, 2000.......................................................................C-0823

AFFIDAVIT OF FACT IN REGARD TO THE COMPLAINT PURSUANT TO

THE WIFE ABANDONMENT ACT 750 ILCS 15/1 ET SEQ filed February 8, 2000..... C-0824

LETTER filed March 17, 2000...................................................................................C-0829

LETTER filed July 20, 2000......................................................................................C-0835

SUBPOENAS filed July 20, 2000..............................................................................C-0836

PROOF OF SERVICE filed July 20, 2000...................................................................C-0838

16/22

**92 D 1279**

## TABLE OF CONTENTS                              PAGE #

NOTICE CONTESTING ANNOUNCEMENT filed July 20, 2000.................................... C-0839

NOTICE OF FILING filed July 20, 2000....................................................................... C-0840

NOTICE OF MOTION filed July 20, 2000................................................................... C-0841

NOTICE OF MOTION filed July 26, 2000................................................................... C-0842

PETITION TO RESCIND ENFORCEMENT OF JUDGMENT AND TO RETURN

TO STATUS QUO AS OF JULY 5, 1995 filed July 26, 2000........................................ C-0843

NOTICE OF MOTION filed July 26, 2000................................................................... C-0847

SUBPOENA filed July 28, 2000................................................................................ C-0850

SUBPOENA filed July 31, 2000................................................................................ C-0851

AFFIDAIVT IN SUPPORT OF MOTION TO SET ASIDE AND VACATE

filed July 31, 2000.................................................................................................. C-0854

ORDER entered and filed July 31, 2000.................................................................... C-0866

NOTICE OF MOTION filed August 11, 2000............................................................... C-0867

PETITION FOR SANCTIONS AND ATTORNEYS' FEES PURSUANT TO

ILLINOIS SUPREME COURT RULE 137 filed August 18, 2000.................................... C-0868

NOTICE OF MOTION filed August 18, 2000............................................................... C-0972

PETITION FOR RULE TO SHOW CAUSE filed August 18, 2000................................... C-0947

NOTICE OF MOTION filed August 24, 2000............................................................... C-0996

AFFIDAIVT OF FACT IN SUPPORT OF THE MOTIONS FILED BY NEAL

LEVIN filed August 24, 2000.................................................................................... C-0998A

PETITION FOR SUBSTITUTION OF JUDGE OF THE HONORABLE

JANE WALLER filed August 24, 2000......................................................................... C-1000

17/22

92 D 1279

## TABLE OF CONTENTS

PAGE #

MOTION FOR AN EXTENSION OF TIME FOR RESPONSE filed August 24, 2000.... C-1003

MOTION TO DISMISS PETITION FOR SANCTIONS AND ATTORNEYS' FEES
PURSUANT TO ILLINOIS SUPREME COURT RULE 137 AND PETITION FOR
RULE TO SHOW CAUSE FILED ON AUGUST 18, 2000 filed August 24, 2000......... C-1005

ORDER entered and filed August 24, 2000................................................................. C-1011

NOTICE OF FILING filed August 31, 2000................................................................. C-1015

NOTICE OF FILING filed August 31, 2000................................................................. C-1016

NOTICE OF APPEAL filed August 30, 2000............................................................. C-1017

SUPPLEMENTAL APPEARANCE filed August 31, 2000........................................... C-1018

ORDER entered and filed August 31, 2000............................................................... C-1019

NOTICE OF MOTION filed September 8, 2000........................................................... C-1020

LETTER OF REQUEST filed September 11, 2000....................................................... C-1026

MOTION FOR LEAVE TO FILE MOTION TO VACATE ORDER OF
AUGUST 24, 2000........................................................................................................ C-1027

MOTION FOR LEAVE TO FILE RESPONSE TO RULE TO SHOW CAUSE
filed September 13, 2000............................................................................................. C-1039

ORDER entered and filed September 13, 2000.......................................................... C-1066

NOTICE OF FILING filed Septemebr 14, 2000.......................................................... C-1067

NOTICE OF FILING filed September 14, 2000........................................................... C-1068

MOTION TO VACATE ORDER OF AUGUST 24, 2000................................................. C-1069

NOTICE OF FILING filed September 14, 2000........................................................... C-1079

NOTICE OF FILING filed Septemebr 14, 2000.......................................................... C-1080

18/22

**TABLE OF CONTENTS**                                    **PAGE #**

RESPONSE TO RULE TO SHOW CAUSE OF AUGUST 24, 2000 filed

September 14, 2000.................................................................... C-1081

NOTICE OF FILING filed September 14, 2000............................ C-1106

MOTION FOR SUBSTITUTION OF JUDGE OF THE HONORABLE JANE

WALLER FOR CAUSE FOR BIAS AND PREJUDICE PURSUANT OT

SECTION 5/2-1001(a)(3) OF THE CODE OF CIVIL PROCEDURE filed

September 14, 2000.................................................................... C1107

NOTICE OF FILING filed Septemebr 14, 2000............................ C-1116

ORDER entered and filed September 14, 2000............................ C-1126

ORDER entered and filed September 14, 2000............................ C-1127

NOTICE OF MOTION filed September 21, 2000............................ C-1128

MOTION FOR LEAVE TO FILE MOTION FOR WAIVING OF FEES PURSUANT

TO 735 ILCS 5/5-105 OF THE CODE OF CIVIL PROCEDURE filed

September 21, 2000.................................................................... C-1129

APPELLATE COURT ORDER filed Septemebr 21, 2000............ C-1131

AFFIDAVIT IN SUPPORT OF filed September 28, 2000............ C-1132

ORDER entered and filed Septemebr 28, 2000........................ C-1134

NOTICE OF MOTION filed October 3, 2000.............................. C-1136

MOTION FOR LEAVE TO FILE MOTION FOR REHEARING filed October 3, 2000.... C-1137

MOTION FOR WAIVING OF FEES PURSUANT TO 735 ILCS 5/5-105 OF THE

CODE OF CIVIL PROCEDURE filed October 3, 2000.................. C1140

NOTICE OF FILING filed October 3, 2000.................................. C-1144

NOTICE OF FILING filed October 3, 2000.................................. C-1145

19/22

**92 D 1279**

## <u>TABLE OF CONTENTS</u>                    <u>PAGE #</u>

NOTICE OF FILING filed October 10, 2000....................................................... C-1146

ANSWER TO CHARGE OF CONTEMPT filed October 10, 2000................................. C-1147

ORDER entered and filed October 10, 2000...................................................... C-1181

NOTICE OF FILING filed October 13, 2000....................................................... C-1182

MOTION FOR REHEARING MOTION FOR WAIVING OF FEES PURSUANT TO

735 ILCS 5/5-105 OF THE CODE OF CIVIL PROCEDURE filed

October 13, 2000........................................................................................... C-1183

ORDER entered and filed October 13, 2000...................................................... C-1187

**92 D 1279**

## <u>TABLE OF CONTENTS</u> <u>PAGE #</u>

REPORT OF PROCEEDINGS covering June 6, 1995 filed July 6, 1995..................... -0001

REPORT OF PROCEEDINGS covering September 14, 2000 filed

October 12, 2000........................................................................................................ -0052

*21/22*

STATE OF ILLINOIS )
) SS
LAKE COUNTY )

       I, SALLY D. COFFELT, Clerk of the Circuit Court of the Nineteenth Judicial

Circuit of Illinois and for said County in the State aforesaid, and keeper of the records

and seal thereof, do hereby certify the foregoing to be a true, perfect and complete

TRANSCRIPT of the Files and Records of my office in the matter of IN RE THE

MARRIAGE OF: MARY HOMER-RADTKE and JOHN A. RADTKE, Petition for Dissolution of

Marriage, General No. 92 D 1279;



IN TESTIMONY WHEREOF I
have hereunto set my hand
and affixed the seal of said
Court, at my office in Waukegan
in said County this 1ST day
of November A.D., 2000

Sally D. Coffelt

Clerk

22/22



## STATE OF ILLINOIS APPELLATE COURT SECOND DISTRICT

**OFFICE OF THE CLERK**
847/695-3750
847/695-0092 TDD

**APPELLATE COURT BUILDING**
55 SYMPHONY WAY
ELGIN, ILLINOIS 60120-5558

Appeal from the Circuit Court of County of Lake

Trial Court No.: 92D1279

THE COURT HAS THIS DAY, 06/28/01, ENTERED THE FOLLOWING ORDER IN
THE CASE OF:

Gen. No.: 2-00-1065
Cons. Cases: 2-01-0184, 2-01-0285

IRMO: Radtke-Homer, Mary & John A.

Motion by petitioner-appellant, Mary Homer-Radtke,
to supplement the record on appeal and for an
extension of time to file appellant's brief and
response thereto. The request to supplement the
record on appeal is denied. Motion for extension
of time to file appellant's brief is allowed,
(FINAL EXTENSION), and all due dates are extended
7 days respectively. Appellant's brief is due
July 6, 2001. Appellee's brief is due August 10,
2001. Appellant's reply brief is due August 24,
2001.

                                LOREN J. STROTZ
                                Clerk

cc: Mary Homer-Radtke
    Neal H. Levin

Exhibit B-1



STATE OF ILLINOIS APPELLATE COURT SECOND DISTRICT

OFFICE OF THE CLERK
847/695-3750
847/695-0092 TDD

APPELLATE COURT BUILDING
55 SYMPHONY WAY
ELGIN, ILLINOIS 60120-5558

Appeal from the Circuit Court of County of Lake

    Trial Court No.: 92D1279

THE COURT HAS THIS DAY, 03/09/01, ENTERED THE FOLLOWING ORDER IN
THE CASE OF:

    Gen. No.: 2-00-1065
       Cons. Cases: 2-01-0184

    IRMO: Radtke-Homer, Mary & John A.

       Motion by respondent-appellee, John A. Radtke, to
       dismiss appeal, responses thereto and request by
       appellant, Mary Ellen Homer a/k/a Mary Ellen
       Radtke, to consolidate this appeal with general
       number 2-01-0184, and to reconsider motion for
       leave to supplement the record and to stay
       proceedings pending filing of supplemental record.
       Motion by appellant to consolidate this appeal
       with general number 2-01-0184 is allowed and the
       appeals will proceed under general number
       2-00-1065.  All other relief requested by
       appellant is denied.


                        LOREN J. STROTZ
                        Clerk


cc: Mary Homer-Radtke
    Neal H. Levin

*Exhibit B-2*

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

**LAKE COUNTY RECORDER**    **4805391**

NOV 1 6 2001

Mary Homer-Radtke,
      Petitioner,

   v.

John Radtke,
      Respondent.
)
)
)
)
)
)
)
)

Gen. No. 92 D 1279

## MEMORANDUM OF JUDGMENT DETERMINATION – CLAIM OF LIEN

To Mary Ellen Vanderventer, Recorder of Deeds and Kathleen A. Ryg:
    Notice is given that U.C.C.-1 # 4461015/9708284 filed with the
county of Lake, Office of the Recorder of Deeds on December, 1999 and
with the federal bankruptcy court under Mary: Homer-Radtke, AKA Mary
Homer-Radtke and filing # 4575247/ letter dated January 1, 2000 with
the county of Lake, Office of the Recorder on August 31, 2000 claims a
lien on:

Unit E304 in Harbour Club Condominiums as delineated on a survey of the
following described real estate: Part of the South East Quarter of
Section 26 Township 44 North, Range 9 East of the Third Principal
Meridian in Lake County, Illinois, and of Lots 12 and 13 in Henry
Malman's Subdivision being a subdivision of a part of the South East
Quarter of the North East Quarter of Section 26, Township 44 North,
Range 9 East of the Third Principal Meridian, according to the Plat
thereof recorded May 28, 1920 as document 193112 in Book "K" of Plata,
Page 35, Lake County, Illinois, and of Lot 5 in William H. Pierce's
Subdivision of part of the South East Quarter of the North East Quarter
of Section 26, Township 44 North, Range 9 East of the Third Principal
Meridian, according to the Plat thereof recorded January 8, 1909 as
Document 118356, in Book "G" of Plats, Page 92, in Lake County,
Illinois, which survey is attached as Exhibit "D" to the Declaration of
Condominium recorded as Document 2125209 together with its undivided
percentage interest in the common elements.

Which has the address of 440 N. Main Street #E304, Wauconda, Illinois
60084 ("Property Address") and the Real Property Tax Identification
Number of 09-26-204-127.

owned by __John A. Radtke__ arising by operation of law as an
administrative lien for past-due child support  pursuant to 305 ILCS
5/10-25 and administrative judgment for financial exploitation, #01-
0312JAR, pursuant to  720 ILCS 5/16-1.3.  This lien attaches to filing
4062625 , 97669640 and supercedes all liens pursuant to 305 ILCS 5/10-
25.
    No part of  sum has been paid.  There is now due and remaining
unpaid, after deducting all credits and offsets, the sum of
$11,260,000.00, in which amount U.C.C.-1 # 4461015/9708284/ Mary-Ellen:
Homer, AKA Mary Homer-Radtke claims a lien on such property.

Dated: August 30, 2001
Mail to: Agent: K.D., 3110 N. Kilpatrick, Chicago, Illinois (60641)

*Condominium - fraudulent transfer of title Exhibit C-1
to Elsie    Sale 10/10/02*

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

4805393

©©PY

U.C.C.-1 #446101-9708283,  )
Mary Homer-Radtke,            )
         Plaintiff,           )
    v.                        )
                              )
In Re JEAN F. RADTKE,         )
                              )
         Defendants.          )

LAKE COUNTY RECORDER

NOV 1 6 2001

Gen. No. 99 P 729

## MEMORANDUM OF JUDGMENT DETERMINATION – CLAIM OF LIEN

To: Mary Ellen Vanderventer, Recorder of Deeds and Kathleen A. Ryg:

Notice is given that U.C.C.-1 # 4461014-9708283 filed with the county of Lake, Office of the Recorder of Deeds on December, 1999 and with the federal bankruptcy court under Mary: Homer-Radtke, and **filing # 4575247/ letter dated January 1, 2000** with the county of Lake, Office of the Recorder on August 31, 2000 claims a lien on:

**Lot 2 (except the West 50.5 feet thereof) in Owner's Subdivision of a part of the South East Quarter of the South East Quarter of Section 24, Township 44 North, Range 10, East of the 3rd P. M., according to the plat thereof recorded September 13, 1912, in the Recorder's Office of Lake County, Illinois, as Document No. 143201, in Book "I" of Plats on page 42, situated in the Village of Mundelein, in the County of Lake, in the State of Illinois,**

**PIN# 1024416034**

owned by the <u>Estate of Jean F. Radtke and Emil B. Radtke, both deceased – prior owners Fred Lubkemann and John W. Cooper</u> arising by operation of law as an administrative lien for past-due child support pursuant to 305 ILCS 5/10-25, the administrative judgment determination , #01-0312JAR, for financial exploitation pursuant to 720 ILCS 5/16-1.3 and for claims pursuant to the Fraudulent Transfer Act in that Jean Radtke signed a testamentary will under duress on June 2, 1995 with claim being filed against the estate, 99P729, on September 14, 1999. This lien attaches to filing 3791711 and takes precedent over other liens pursuant to 305 ILCS 5/10-25.

No part of sum has been paid. There is now due and remaining unpaid, after deducting all credits and offsets, the sum of $11,260,000.00, in which amount **U.C.C.-1 # 4461014-9708283 / Mary-Ellen: Homer -Radtke** claims a lien on such property.

Dated: August 30, 2001

Mail to:
Agent: K.D.
3110 N. Kilpatrick
Chicago, Illinois (60641)

*Exhibit C-2*

## PROOF OF SERVICE

I hereby certify pursuant to Section 1-109 of the Illinois Code of Civil Procedure that a copy of the foregoing MEMORANDUM OF JUDGMENT DETERMINATION - CLAIM OF LIEN- Case #99P729 – PROPERTY PIN# 1024416034 were served upon the below-named individuals by placing same with the United States Postal Service, First Class postage prepaid and properly addressed, at Illinois this ⟨$\frac{6}{\phantom{x}}$⟩ day of September, 2001 as follows:

Mary Ellen Vanderventer
Recorder of Deeds
Office of the Recorder of Deeds
Second Floor
18 N. County
Waukegan, Illinois 60085

Kathleen A. Ryg
Deputy Recorder
Office of the Recorder of Deeds
Second Floor
18 N. County
Waukegan, Illinois 60085

Mary Homer-Radtke

Proof of Service Prepared by:
Mary Homer-Radtke
c/o 408 N. Lake St., #108
Mundelein, Illinois (60060)

State of Illinois
County of Lake

Signed before me on ⟨Sep 4 2001⟩
by ⟨Mary Homer Radtke⟩

Notary Public

"OFFICIAL SEAL"
IVETTE M. DIAZ
Notary Public, State of Illinois
My Commission Expires 7/10/03

*Mail To:*

Mary-Ellen Homer (Radtke)
c/o 502 Dublin
Mundelein, Illinois (60060)
January 1, 2000

**4575247**

Filed for Record in:
LAKE COUNTY, IL
MARY ELLEN VANDERVENTER - RECORDER
On  Aug 31 2000
At   2:11pm
Receipt #:        248068
Doc/Type :           NOT
Deputy - Cashier #1

Attn: Kathleen A. Ryg
Chief Deputy Recorder of Deeds
Recorder of Deeds Office
18 North County Street
Waukegan, Illinois 60085-4358

Dear Kathy,

Please submit the following list of properties for cross referencing with the U.C.C.1 records.

**REAL PROPERTY** Street address - 502 Dublin, Mundelein, Illinois (60060)
**LEGAL DESCRIPTION:** Lot 21 in Block 14 in Loch Lomond, a Subdivision in part of Section 24, Township 44 North, Range 10, East of the 3rd P.M., according to the plat thereof, recorded April 7, 1954 as Document 820686, in Book 32 of Plats, pages 98, 99, and 100 in Lake County, Illinois.          pin   1024 404 021
UCC1-4461015–9708284
★ UCC1-4461013–9708282 children as beneficiaries
UCC1-4465799–9708366      Mary E. Radtke, Casa Blanca

**REAL PROPERTY**- Industrial building, Street address - 112 W. Main St., Round Lake Park, Illinois 60073.          pin 0628301014
**LEGAL DESCRIPTION:** Lots 41 and 42 in Block 180 in Round Lake Beach, Renehan Beach Second Addition, a Subdivision of part of the West one-half of Section 28, Township 45 North, Range 10, East of the Third Principal Meridian, also of Lot 18 in Renehan Estate Subdivision, according to the plat thereof, recorded July 5, 1938, as Document 451215, in Book "Z" of Plats, pages 1, 2, and 3, in Lake County, Illinois. A/k/a 112 W. Main St., Round Lake Park, Illinois.
UCC1-4465799–9708366   Mary E. Radtke
UCC1-4461015–9708284   John A. Radtke

**REAL PROPERTY**- Industrial building, Street address - 101 W. Main Street, Round Lake Park, Illinois 60073.     Pin 06294 00004 Trust # 3ZC215 Doc. 2762955
**LEGAL DESCRIPTION** as recorded in Lake County in the TRUST DEED, Document 1868241.
That part of the East half of the East half of Section 29, Township 45 North, Range 10, East of the 3rd P.M., described as follows: Commencing at a point in the East line of the South East Quarter of said Section 29, said point being 60 feet measured at right angles South Westerly from the Southerly right of way line of the Chicago Milwaukee, St. Paul and Pacific Railroad Company, and also being the Southerly boundary of a strip of land 60 feet wide heretofore

Mary E. Radtke        John A. Radtke

1

Copyright MEHR

*Properties claimed on UCC financial statements*

Exhibit C-3 !
(3

dedicated for road purposes by Document 503841, thence North Westerly along the Southerly line of the above mentioned road, 509 5 feet to themost Easterly corner and place of beginning of the lands hereinafter described; thence South Westerly at right angles to the last described line 200 feet; thence North Westerly parallel to the Southerly line of the road above mentioned 80 feet; thence North Easterly at right angles to the last described line 200 feet to a point in the Southerly line of the above mentioned road 80 feet North Westerly of the place of beginning; thence South Easterly along the Southerly line of the aforesaid road 80 feet to the place of beginning in Lake County, Illinois

UCC1-4461014--9708283
UCC1-4461015--9708284
**UCC1-4465799--9708366**

REAL PROPERTY - Street Address 44 N. Main Street #E304, Wauconda, Illinois (60084)
LEGAL DESCRIPTION as follows: Unit E304 in Harbour Club Condominiums as delineated on a survey of the following described real estate; Part of the South East Quarter of the North East Quarter of Section 26, Township 44 North, Range 9 East of the Third Principal Meridian in Lake County, Illinois, and of Lots 12 and 13 in Henry Malman's Subdivision, being a subdivision of a part of the South East Quarter of the North East Quarter of Section 26, Township 44 North, Range 9 East of the Third Principal Meridian, according to the Plat thereof recorded May 28, 1920 as document 193112, in Book "K" of Plats, Page 35, Lake County, Illinois, and of Lot 5 in William H. Pierce's Subdivision of part of the South East Quarter of the North East Quarter of Section 26, Township 44 North, Range 9 East of the Third Principal Meridian, according to the Plat thereof recorded January 8, 1909 as Document 11 356, in Book "G" of Plats, Page 92, in Lake County, Illinois, which survey is attached as Exhibit "D" to the Declaration of Condominium recorded as Document 2125209 together with its undivided percentage interest in the common elements. Which has the  address of 440 N. Main Street #E304, Wauconda, Illinois 60084.
**UCC1-4461015--9708284** *lien John A. Radtke*

REAL PROPERTY - street address commonly described as (LOT 12) 25860 W. Hillside Avenue and (LOT 11) 25848 W. Hillside Avenue, Ingleside, 0 Rollins Rd, Ingleside, Illinois.
LEGAL DESCRIPTION:  LOTS 11 AND 12, IN OAKHURST SUBDIVISION, IN THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 13, TOWNSHIP 45 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN ACCORDING TO THE PLAT THEREOF RECORDED APRIL 16, 1924 AS DOCUMENT NO 238376 IN BOOK "M" OF PLATS, PAGE 72, IN LAKE COUNTY, ILLINOIS.
QUIT CLAIM DEED-4150430 - filed with Recorder of Deeds in Lake-County.  Change of address filed with County Collector.  New address: Regional-Development, 408 N. Lake St., PMB 108, Mundelein, Illinois 60060.
**UCC1-4461240--9708308** *Regional - Development*

2

*Copyright MEA12*

**4575247**

REAL PROPERTY - commonly described as 38563 Hillandale, Spring Grove, Illinois 60085
LEGAL DESCRIPTION: Oakland Sub Unit 2 Lots 11, 12 BLK 7.
UCC1-4461240–9708308    *lien* #1,230.00    Mark Fuller

REAL PROPERTY: located in Camelot Retirement Village, common address 1000 Camelot Dr.,
#6207, Harlingen, Texas 78550.
UCC1-4465799–9708366

REAL PROPERTY Street address commonly described as 102 W Park St., Mundelein, Illinois
(60060)    *pin 16 24 416 034*
LEGAL DESCRIPTION: Lot 2 (except the West 50.5 feet thereof) in Owner's Subdivision of a
part of the South East Quarter of the South East Quarter of Section 24, Township 44 North,
Range 10, East of the 3rd P.M., according to the plat thereof recorded September 13, 1912, in the
Recorder's Office of Lake County, Illinois, as Document No. 143201, in Book "I" of Plats on
page 42, situated in the Village of Mundelein, in the County of Lake, in the State of Illinois.
TAX DESCRIPTION is Pin 10-24-416-034 Owners Sub E 105.37 FT(EX E 50 FT)
UCC1-4461014–9708283    *lien*    Jean F. Radtke

Thank you so much for advising me of the necessity of cross referencing the UCC1
documents with the records.

Peace and Prosperity,

Mary-Ellen: Homer

3

*Copyright TXEHI2*

4575247

664965

**ADMINISTRATOR'S DEED
(ILLINOIS)**

(Quitclaim Deed – Joint Tenancy)

THE GRANTOR, JOHN A. RADTKE as
Independent Administrator of the
Estate of Jean F. Radtke, by virtue of
letters of independent administration
issued to John A. Radtke, presently
residing at _____ ,
Highland Park, Illinois, by the Probate
Division of the Circuit Court of the
Nineteenth Judicial Circuit, Lake County,
Illinois, identified as Case Number 99 P 729,
and in exercise of the power of sale granted
to John A. Radtke as Independent Administrator
by statute and in pursuance of every other power
and authority enabling, and in consideration of
the sum of Sixty-six Thousand Five Hundred Dollars
and no/100 ($66,500.00) and other good and valuable
consideration in hand paid, CONVEYS and QUITCLAIMS
to PHILIP J. COLE and CARRIE J. GMEINER, not in
tenancy in common, but in JOINT TENANCY, all
interest in the following described real estate
situated in Lake County, Illinois, to wit:

The East 50.0 feet of Lot 2 in Owner's Subdivision of part of the South East 1/4 of
the Soth East 1/4 of Section 24, Township 44 North, Range 10, East of the Third
Principal meridian, according to the Plat thereof recorded September 13, 1912
as Document 143201, in Book "I" of Plats, Page 42, in Lake County, Illinois.

hereby releasing and waiving all rights under and by virtue of the Homestead
Exemption Laws of the State of Illinois.

Permanent real estate index number: 10-24-416-035-0000
Address of the Real Estate: Vacant lot, 102 Park, Mundelein, Illinois

DATED this 8th day of July, 2002.

_____
John A. Radtke, Independent Administrator of the
Estate of Jean F. Radtke, Deceased

State of Illinois     ) SS
County of Cook        )

    I, the undersigned a Notary Public in and for the said County, in the
State aforesaid, DO HEREBY CERTIFY that John A. Radtke, Independent
Administrator of the Estate of Jean F. Radtke, Deceased, personally known to me
to be the same person whose name is subscribed to the foregoing instrument,

4986081

FILED FOR RECORD BY:
MARY ELLEN VANDERVENTER
LAKE COUNTY, IL RECORDER
08/15/2002 - 10:36:13 A.M.
RECEIPT #: 31637
DRAWER #: 27

Exhibit C-4

appeared before me this day in person, and acknowledged that he signed, sealed and delivered the said instrument as his free and voluntary act as such independent administrator, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 8 day of July, 2002.

Commission expires

OFFICIAL SEAL
L. B. BODACH
Notary Public, State of Illinois
My Commission Expires 05/01/04

NOTARY PUBLIC

This instrument was prepared by A H Bodach   839 Linden, Oak Park, IL 60302

MAIL TO:

BARBARA J. SWANSON
Attorney at Law
4473 Old Grand Avenue
Gurnee, Illinois 60031

SEND SUBSEQUENT TAX BILLS TO:

PHILIP COLE AND CARRIE GMEINER
401 Brookmont Lane
North Barrington, Illinois 60010



STATE & COUNTY TAX

STATE OF ILLINOIS
JUL.29.02
LAKE COUNTY



* 000017303

REAL ESTATE
TRANSFER TAX

0009975

FP326708

66.50 fl. St.

4986081

2

662329

PREPARED BY:
RECORD AND RETURN TO :
WINDSOR MORTGAGE
3201 Old Glenview Road
Wilmette, Illinois  60091

Loan # 622474901

3013

4939563
FILED FOR RECORD BY:
MARY ELLEN VANDERVENTER
LAKE COUNTY, IL RECORDER
06/07/2002  -  02:42:57 P.M.
RECEIPT #:  17811
DRAWER #:  17

## ASSIGNMENT OF MORTGAGE

For in consideration of Ten Dollars in hand paid and other good and valuable consideration, the undersigned,
**GHS MORTGAGE, LLC d/b/a WINDSOR MORTGAGE**          having its principal place of business at
**3201 OLD GLENVIEW ROAD, WILMETTE, ILLINOIS  60091** does hereby sell assign, transfer and convey to
**ABN AMRO MORTGAGE GROUP, INC.**          ,its successors and/or assigns having its office at
**777 E. EISENHOWER PARKWAY, ANN ARBOR MI 48108**
all rights, title and interest in and to that certain mortgage dated **04/12/02**        and executed by
**ALEXANDER B. HEAD, AN UNMARRIED MAN**

as Mortgagor in favor of the undersigned as Mortgagee, record/register with the Recorder of Deeds/Register of
Titles     **LAKE**          County as Document number
applicable to the property therein described as follows:                                   **4939562**

SEE THE ATTACHED LEGAL DESCRIPTION

PIN# **10-24-416-034** & ~~10-24-416-035~~  *AH*
Property Address:  **102 WEST PARK STREET, MUNDELEIN, IL 60060**

Dated as of this **12TH**   day of      **APRIL, 2002**

Assignor:  **GHS MORTGAGE, LLC d/b/a WINDSOR MORTGAGE**

By: *Martha E. Tonjuk*                    By:  *James E. Wrzala*
**MARTHA E. TONJUK ASSISTANT VICE PRESIDENT**          **JAMES E. WRZALA ASSISTANT SECRETARY**

State of Illinois
County of Cook

I, THE UNDERSIGNED, a notary public in and for said county and state aforesaid DO HEREBY CERTIFY, that
**MARTHA E. TONJUK**    and    **JAMES E. WRZALA**    respectively of **GHS MORTGAGE, LLC d/b/a**
**WINDSOR MORTGAGE**        appeared before me this day in person and acknowledged that they signed the foregoing
instrument as their free and voluntary act of THEIR HAND AND SEAL for the uses and purposes therein set forth.

Given under my hand and notary seal this  **12TH**          day of  **APRIL, 2002**

*Karen A Hoyne*

Notary Public

My Commission Expires on:

"OFFICIAL SEAL"
KAREN A. HOYNE
COMMISSION EXPIRES 11/10/03

②


Exhibit C-5