UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARY HOMER-RADTKE | * | |
| VS | * | CIVIL ACTION NO. B-02-063 |
| JOHN A. RADTKE | * | |

## ORDER RESETTING HEARING

The hearing on Defendant's Motion for Sanctions and Attorney Fees and on the subject matter of jurisdiction is hereby reset from December 2, 2002, at 1:30 p.m., to **January 9, 2003, at 1:30 p.m.**

DONE this 18th day of November 2002, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge