IN THE UNTED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

NOV 26 2002

Michael N. Milby
Clerk of Court

Mary Homer-Radtke   )
                   )
    Plaintiff      )
                   )
                   )
        v.         )
                   )   No. B-02-063
                   )
John A. Radtke,    )
                   )
    Defendant.     )
                   )

EMERGENCY MOTION FOR EXPENSES

COMES NOW Mary Homer-Radtke, plaintiff, reserving rights under U.C.C. 1-207 moving this court to award Mary Homer-Radtke, lawful wife of John A. Radtke, medical expenses and income from lawful portion of the marital estate of John Allen Radtke and Mary Ellen Homer and in support states the following:

1. Mary Homer-Radtke has provided this court with evidence that there is no dissolution of the marriage of John Allen Radtke and Mary Ellen Homer in the trial court record. A true, and correct copy of CERTIFICATE IN LIEU OF RECORD signed by Sally D. Coffelt, Clerk of the Court, on November 1, 2000 evidencing the fact that there is no judgment is attached hereto as Exhibit A.

2. John A. Radtke was in technical default on May 7, 2002 for failing to answer the summons and complaint or appear in Case No. B-02-063.

3. Mary Homer-Radtke filed timely requests with the clerks of the court at Brownsville, Texas and Corpus Christi, Texas for default judgments.

1

4. Mary Homer-Radtke was hospitalized with a stroke on October 23, 2002. Mary did not go to the emergency room of the hospital immediately due to the fact that Mary does not have health insurance or the money to pay for services. Visual impairment could have been eliminated or reduced if Mary had been treated within 3 hours. Exhibit C

5. Due to visual impairment, Mary Homer-Radtke cannot drive and requires home health care assistance for approximately five hours a day. .

6. Mary Homer-Radtke has been living on borrowed money. A bank printout evidencing a deposit of $3,000.00 loaned to Mary Homer-Radtke is attached hereto as Exhibit B.

7. Mary Homer-Radtke has been denied income from and enjoyment of lawful portion of the marital estate of John Allen Radtke and Mary Ellen Homer since Judge Jane Waller, without authority conferred by jurisdiction, converted the marital estate and property segregable to Mary to the control of John on July 30, 1992. Mary had the right to immediate possession of the property. Mary demanded possession of the property both privately and publicly.

8. Mary has been adjudicated a poor person by judges of the 19th Judicial District Circuit Court.

9. Mary is being denied life saving medical care due to the fact that Mary does not have health care insurance or the money to pay for services.

10. Private health insurance is not available due to lack of finances. Mary Homer-Radtke is not eligible for Medicare due to age.

11. WHEREFORE, Mary Homer-Radtke prays that this court grant Mary the right to immediate and regular income from the marital estate of John Allen Radtke and Mary Ellen Homer($54,000 annual income from B.Radtke & Sons, Inc.); health insurance through B.Radtke & Sons / LaserWorks; a self contained vehicle(PleasureWay) insured for any driver; as well as property segregable to the favor of Mary Homer-Radtke and Helen Homer including, but not limited to loans to B.Radtke & Sons, Inc. made at the request of John A. Radtke, President.

### AFFIDAVIT

I, Mary Homer-Radtke, of lawful age and competent to testify being first duly sworn, upon oath state as follows:

I. I am plaintiff in the above styled matter.

II. I am legally married to John A. Radtke.

III. I have searched the trial court record many times without finding a decree.

IV. I requested that Sally Coffelt, Clerk of the Court, send me evidence of a decree pursuant to the Freedom of Information Act.

V. I did not receive the required response to my request.

VI. I have been financially exploited by John A. Radtke, John's agents, and officers of the court.

VII. I have been denied income from and enjoyment of the marital estate and property segregable to Affiant's favor since July 30, 1992 when Judge Jane Waller, without authority conferred by jurisdiction, converted the property to the control of John.

VIII. I have the right to immediate possession of the property.

IX. I have diligently demanded possession of the property both privately and in the court.

X. I Ihave been adjudicated by the courts to be a poor person.

XI. I have acted in good faith at all times.

XII. I have acted in the spirit of fair play at all times.

XIII. I had a stroke on October 23, 2002.

XIV .I did not go to the hospital immediately due to the fact that I am poor and without health insurance.

XV.. I would have gone immediately to the hospital if I had health insurance or was not poor.

XVI. I was told that to reduce or eliminate impairment, I would have had to go to the hospital within 3 hours.
XVII. I am visually impaired.

XVIII. I cannot drive.

XIX. I require the assistance of health home care.

XX. I am being denied an appointment with a cardiac specialist due to the fact that I do not have insurance nor do I have the funds required to pay for services.

XXI. I do not have financial resources to pay for insurance.

XXII. I do not qualify for Medicare due to my age.

XXIII. I have been damaged financially, socially, emotionally, and physically.

Further Affiant sayeth naught.

"With Explicit Reservation of All Rights"

_____
Mary Homer-Radtke

STATE OF ILLINOIS                    INDIVIDUAL ACKNOWLEDGMENT

COUNTY OF LAKE

    Before me, the undersigned, a Notary Public in and for said County and State on this 23rd day of NOV, 2002, personally appeared MARY HOMER ARNOT to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act.

    Given under my hand and seal the day and year last above written.

My commission expires 2-9-05

                      Barbara J. Coleman, Notary Public

"OFFICIAL SEAL"
BARBARA J. COLEMAN
Notary Public, State of Illinois
My Commission Exp. 02/09/2005



APPEAL TO THE APPELLATE COURT OF ILLINOIS, SECOND DISTRICT, FROM THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS

IN RE THE MARRIAGE OF: )
)　　Circuit Court No. __92 D 1279__
MARY HOMER RADTKE )
and )　　Trial Judge __Jane Waller__
JOHN A. RADTKE )
)　　Reviewing Court No. __2-00-1065__
)

CERTIFICATE IN LIEU OF RECORD

I, __SALLY D. COFFELT__, Clerk of the Circuit Court in said County and State and keeper of the records, files and seal of the Court, do hereby certify that the Record on Appeal in the above-capationed matter has been prepared and certified in the form required for transmission to the reviewing court.

(See attached Table of Contents)

I further certify that the Record on Appeal has this date been delivered to:
__MARY HOMER RADTKE,  c/o/ 408 N. Lake Street #108__
__Mundelein, Il. 60060        847-949-9329__ .

I do further certify that this Certificate In Lieu of Record, pursuant to Supreme Court Rule 324, issued out of my office this __1st__ day of __November__ 20 __00__ .



__Sally D. Coffelt__
Clerk of the Circuit Court

Exhibit A-1

A-2

# T R A N S C R I P T

| | |
|---|---|
| IN RE THE MARRIAGE OF: | |
| MARY HOMER-RADTKE | PETITION FOR |
| and | DISSOLUTION OF MARRIAGE |
| JOHN A. RADTKE | |

GENERAL NO. 92 D 1279

92 D 1279

## TABLE OF CONTENTS     PAGE #

| Document | Page # |
|---|---|
| PETITION FOR DISSOLUTION OF MARRIAGE filed July 7, 1992 | C-0001 |
| SUMMONS filed July 16, 1992 | C-0006 |
| NOTICE OF MOTION filed July 16, 1992 | C-0008 |
| PETITION FOR TEMPORARY CUSTODY AND SUPPORT filed July 16, 1992 | C-0009 |
| ORDER entered and filed July 16, 1992 | C-0013 |
| APPEARANCE filed July 2, 1992 | C-0014 |
| RESPONSE filed July 30, 1992 | C-0015 |
| ORDER entered and filed July 30, 1992 | C-0018 |
| CERTIFICATE OF SERVICE filed September 16, 1992 | C-0019 |
| NOTICE OF MOTION filed October 20, 1992 | C-0020 |
| ORDER entered and filed October 20, 1992 | C-0021 |
| NOTICE OF MOTION filed October 23, 1992 | C-0022 |
| AGREED ORDER entered and filed October 23, 1992 | C-0023 |
| PETITION FOR RULE TO SHOW CAUSE filed October 30, 1992 | C-0024 |
| RESPONSE filed October 30, 1992 | C-0029 |
| PETITION filed October 30, 1992 | C-0032 |
| AGREED ORDER entered and filed October 30, 1992 | C-0034 |
| AGREED ORDER entered and filed March 8, 1993 | C-0035 |
| AGREED ORDER entered and filed July 12, 1993 | C-0036 |
| NOTICE OF MOTION filed August 6, 1993 | C-0037 |
| MOTION TO COMPEL filed August 6, 1993 | C-0038 |
| AGREED ORDER entered and filed August 6, 1993 | C-0040 |
| MOTION filed September 3, 1993 | C-0041 |

A-3

92 D 1279

## TABLE OF CONTENTS                                                                 PAGE #

| | |
|---|---|
| ORDER entered and filed September 3, 1993 | C-0042 |
| NOTICE OF MOTION filed September 3, 1993 | C-0044 |
| APPEARANCE filed September 24, 1993 | C-0045 |
| NOTICE OF MOTION filed November 23, 1993 | C-0046 |
| NOTICE OF MOTION filed November 22, 1993 | C-0047 |
| ORDER entered and filed November 22, 1993 | C-0049 |
| ORDER entered and filed January 10, 1994 | C-0050 |
| ORDER entered and filed March 14, 1994 | C-0051 |
| ORDER entered and filed March 28, 1994 | C-0052 |
| SUPPLEMENTAL APPEARANCE filed April 12, 1994 | C-0053 |
| SUBSTITUTION OF ATTORNEYS filed April 12, 1994 | C-0054 |
| ORDER entered and filed April 12, 1994 | C-0055 |
| APPEARANCE filed April 14, 1994 | C-0056 |
| PROOF OF SERVICE OF DISCOVERY DOCUMENTS filed May 9, 1994 | C-0057 |
| ORDER entered and filed June 22, 1994 | C-0058 |
| ORDER entered and filed July 18, 1994 | C-0059 |
| ORDER entered and filed July 22, 1994 | C-0060 |
| ORDER entered and filed September 19, 1994 | C-0061 |
| AGREED ORDER entered and filed November 1, 1994 | C-0062 |
| AGREED ORDER entered and filed November 2, 1994 | C-0063 |
| AGREED ORDER entered and filed November 28, 1994 | C-0064 |
| ORDER entered and filed January 17, 1995 | C-0065 |
| NOTICE OF MOTION TO WITHDRAW filed February 28, 1995 | C-0066 |

A 4

92 D 1279

## TABLE OF CONTENTS                                                                                   PAGE #

MOTION TO WITHDRAW filed February 28, 1995......................................................... C-0067

PETITION FOR ATTORNEY'S FEES filed February 28, 1995..................................... C-0068

ORDER TO WITHDRAW filed February 28, 1995......................................................... C-0073

AGREED ORDER entered and filed February 28, 1995............................................... C-0074

SUPPLEMENTAL APPEARANCE filed March 10, 1995................................................ C-0075

NOTICE OF MOTION filed March 10, 1995................................................................... C-0076

MOTION FOR LEAVE TO FILE COUNTER-PETITION FOR DISSOLUTION
OF MARRIAGE filed March 10, 1995............................................................................. C-0077

COUNTER-PETITION FOR DISSOLUTION OF MARRIAGE filed March 14, 1995..... C-0079

AGREED ORDER entered and filed March 14, 1995.................................................... C-0082

SUBSTITUTE APPEARANCE filed March 20, 1995...................................................... C-0083

EMERGENCY NOTICE OF MOTION filed April 10, 1995.............................................. C-0084

EMERGENCY MOTION filed April 10, 1995................................................................... C-0085

MOTION filed April 10, 1995........................................................................................... C-0086

RESPONSE TO COUNTER-PETITION filed April 10, 1995........................................... C-0089

RESPONSE TO COUNTER-PETITION filed April 10, 1995........................................... C-0089

AFFIDAVIT filed April 10, 1995...................................................................................... C-0091

TRIAL SUBPOENA filed April 13, 1995........................................................................ C0093

NOTICE TO APPEAR AND PRODUCE filed April 17, 1995.......................................... C-0105

ORDER entered and filed April 17, 1995....................................................................... C-0108

ORDER entered and filed April 18, 1995....................................................................... C-0109

AGREED ORDER entered and filed April 18, 1995...................................................... C-0110

TRIAL SUBPOENA filed April 24, 1995........................................................................ C-0111

A-5

92 D 1279

## TABLE OF CONTENTS        PAGE #

| Document | Page # |
|---|---|
| MOTON FOR SANCTIONS filed May 1, 1995 | C-0113 |
| PETITION filed May 1, 1995 | C-0116 |
| RESPONSE filed May 1, 1995 | C-0118 |
| ORDER entered and filed May 1, 1995 | C-0119 |
| SUBPOENA filed May 30, 1995 | C-0120 |
| ORDER FOR WITHHOLDING filed June 7, 1995 | C-0128 |
| ORDER entered and filed June 7, 1995 | C-0130 |
| CERTIFICATE OF COMPLETION filed June 27, 1995 | C-0131 |
| MOTION TO SET ASIDE AND VACATE filed July 5, 1995 | C-0132 |
| NOTICE OF MOTION filed July 18, 1995 | C-0134 |
| CERTIFICATE OF COMPLETION filed July 28, 1995 | C-0135 |
| COPIES OF CANCELLED CHECKS filed August 1, 1995 | C-0137 |
| CERTIFICATE OF COMPLETION filed August 8, 1995 | C-0139 |
| PETITION TO SHOW CAUSE filed November 27, 1995 | C-0140 |
| NOTICE OF MOTION filed December 14, 1995 | C-0144 |
| ORDER entered and filed December 14, 1995 | C-0145 |
| APPEARANCE filed March 26, 1996 | C-0146 |
| NOTICE OF MOTION filed March 26, 1996 | C-0147 |
| MOTION FOR RULE TO SHOW CAUSE filed March 26, 1996 | C-0148 |
| RESPONSE TO MOTION FOR RULE SHOW CAUSE filed April 12, 1996 | C-0175 |
| AGREED ORDER entered and filed Aperil 12, 1996 | C-0181 |
| SUPPLEMENTAL APPEARANCE filed June 4, 1996 | C-0182 |
| AMENDED NOTICE OF MOTION filed June 24, 1996 | C-0183 |

A-6

**BANK PRINTOUT**

```
DD 04310359874 P001         HOMER0M3E 000
111202 000            50.00-      1753        CHECK
       000            74.73-      1752        CHECK
       792             3.18-  2021862130      CHKCARD TXN
       792            12.96-  2021862142      CHKCARD TXN
       792            20.52-  2021862133      CHKCARD TXN
       000           650.00-      1754        CHECK
110702 792            63.38-  2020824584      CHKCARD TXN
110102 112            69.59-  1395615124      ATM CASH WDL
103102 300             1.06                   INT PAID
       659             2.00-  2145002115      CHK RENDERING F
       092             1.50-  2145002015      RSV LN OF CR FE
       051             8.00-  2145002501      ACCT MAINT
       076             0.06                   RSV AUTO PMT
       060             0.06-                  AUTO PMT TO RSV
       070             0.06                   RSV FIN CHRG
102502 792            16.84-  2021265939      CHKCARD TXN
102402 792             4.75-  2020640240      CHKCARD TXN
102102 762            10.12-  2021728108      CHKCARD TXN
       792            30.95-  2021728110      CHKCARD TXN
       000            50.00-      1750        CHECK
[    ]<                                   ><        >

4700                             1


DD 04310359874 P002*END* HOMER0M3E 000
101702 762             8.43-  2020524336      CHKCARD TXN
       792            21.48-  2020524338      CHKCARD TXN
       792            47.77-  2020524346      CHKCARD TXN
       000           200.00-      1751        CHECK
101102 762             8.42-  2020929357      CHKCARD TXN
100902 000            56.23-      1749        CHECK
100702 762            11.51-  2022124170      CHKCARD TXN
100402 792             2.93-  2022507836      CHKCARD TXN
       792             5.20-  2022507835      CHKCARD TXN
100202 792             5.97-  2021282471      CHKCARD TXN
       792             9.95-  2021282474      CHKCARD TXN
       000           132.88-      1748        CHECK
       050           132.88                   PMT TO CASH RSV
       001         3,000.00        1          DEPOSIT
END OF INQUIRY
```

*borrowed $*

```
[    ]<                                   ><        >

4700                             1
```

*Exhibit B*



Name: Homer-Radtke, Mary   DOB 1/14/45   orientation x3 nl
Date: 10/29/02   Fam Hx: glc   Pt Hx: heart, Hnt, maj med prob — cat Parents
Last eye exam: 2001 with Optometrist   glc   DM   cat mac degen
CC: history of Visual distortions — Master's Degree in social work   MEDS: — ∅ No meds prior to hospitalization   FOR: mood, affect okay

making breakfast last Wednesday
pain behind the side of back of head
— looked spaced out
— not
lost left field of vision

Drive day night
Allergies to meds NKA   ETOH   smoke   general constitutional okay

One letter at a time
VSC ccl: R 20/50 50± PH   L 20/60 50± PH
VCC: R 20/ 50± PH   L 20/ 50± PH

READERS: R __ L __
OU J AT 5   ADD

REF given to patient: R __ L __   ADD

RX manifest:
R −1.00 +50 x 180 = 20/25 -3   2 strings   MAN +2.50
L −.75 +50 x 5 = 20/25 -3   RET   CYC   ADD

EEE     OD     OS
LIDS LASHES
LACRIMAL
CONJ: bulbar palpebral   Okay →
SCL
PUPILS SIZE   2 (2.5) 3   2 (2.5) 3   shape nl nl
NON REACTIVE   1 (2) 3 non R   1 (2) 3

MUS BAL: MROD   XT   ET   ORTHO   EOMI   NO MARCUS GUNN
STEREO: Fly, Animal ∅, Dot
COLOR: OD ∅   OS missed ¾ out of 4
FIELDS: AMS, CON, FULL

TA < 14/14   TIME 430
SL   CORNEA endoth, epith, stroma tearfilm
AC depth cells flare
LENS clarity
capsule cortex nucleus   Okay →

FUNDUS MEDIA
DISC C/D ratio
MACULA
VESS NFL
PERIPH   Okay →

DILAT: 1/2 MYD   2 1/2 HOMA
Direct   Indirect   +78 lens
K's: left homonymy superior Quadrant anopsia
Rt occipt lobe

PLAN
IMP Refractive Error
Cataract   Incipient   Cortical   Nuclear   Glasses
Glaucoma Suspect   Open Angle   Closed   PC
Blepharitis   CL Order now / Fit Later
Pinguecula
Vitreous Floaters   Headache   Eyelash Scrub
Diabetic Retinopathy   Maculopathy
Hypertensive Retinopathy   Conjunctivitis   Antibiotic

RTO:   FOR:
(1) 3 mos ✓
(2) 6 mos __
(3) 1 yr __
(4) 2 yrs __
(5) __

J.T. Muni, M.D. • 890 Garfield Avenue • Suite 104 • Libertyville, Illinois 60048 • 847-367-8272

Exhibit C-1

```
SINGLE FIELD ANALYSIS                                                          EYE: LEFT
NAME: HOMER-RADTKE, MARY                    ID:                   DOB: 11-16-1945
CENTRAL 24-2 THRESHOLD TEST

FIXATION MONITOR: BLINDSPOT     STIMULUS: III, WHITE      PUPIL DIAMETER:       DATE: 10-29-2002
FIXATION TARGET: CENTRAL        BACKGROUND: 31.5 ASB      VISUAL ACUITY:        TIME: 4:22 PM
FIXATION LOSSES: 0/11           STRATEGY: SITA-FAST       RX: +2.50 DS   DC X   AGE: 56
FALSE POS ERRORS:  2 %
FALSE NEG ERRORS:  0 %
TEST DURATION: 03:58

FOVEA: OFF
```

Threshold values (left eye):

```
                  <0  10  28  28
              <0  <0  14  29  28  29
          <0  <0   0   3  31  33  31  30
      <0  <0  <0  <0  33  34  33  31  30
      23  <0  27  <0  32  33  32  30  28
          28  31  31  32  30  32  32  29
              29  31  30  31  31  30
                  30  28  28  30
```

TOTAL DEVIATION:
```
            -28 -17 | 1   1
        -30 -31 -15 | 0  -1   0
    -31 -32 -30 -28 | 0   1   1   1
    -32     -33 -34 | 1   1   2   1   3
     -7      -5 -34 |-1   1   1   1   1
    -10   0   0   0 |-2   0   1   0
         -2   0  -1 |-1   0   0
              0  -2 |-2   1
```

PATTERN DEVIATION:
```
            -30 -18 |-1   0
        -31 -32 -16 |-1  -2  -1
    -32 -33 -32 -29 |-1   0   0   0
    -33     -35 -35 | 0   0   0   0   2
     -8      -6 -36 |-2  -1   0   0
    -11  -1  -2  -1 |-3  -1   0  -1
         -3  -1  -2 |-2  -1  -1
             -1  -3 |-3   0
```

GHT
OUTSIDE NORMAL LIMITS

MD    -6.74 DB   P < 0.5%
PSD   13.20 DB   P < 0.5%

:: < 5%
<2 < 2%
< 1%
■ < 0.5%

J.T. MUNI, M.D.
890 PROFESSIONAL BLDG.
890 GARFIELD AVE. SUITE 104
LIBERTYVILLE, IL  60048
847-367-8272



© 1994-98 HUMPHREY SYSTEMS
HFA II 740-4139-A10.1

Homer Radtke 10·29·02

Disability
working for medicare
Jim

C-3

*Original please file*

IN THE UNTED STATES COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MARY HOMER-RADTKE ) | |
|     Plaintiff, ) | |
| ) | Civil No. B-02-063 |
| v. ) | |
| ) | |
| JOHN A. RADTKE ) | |
|     Defendant. ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT Mary Homer-Radtke, petitioner in the above-entitled cause, filed LETTER to JUDGE RECIO DATED NOVEMBER 10, 2002 and EMERGENCY OBJECTIONS AND MOTION TO STRIKE BRIEF OF JOHN A. RADTKE and Affidavit and EMERGENCY MOTION FOR EXPENSES with the Clerk of the Court, U.S. Courthouse, 600 E. Harrison St., Brownsville, Texas 78520 on November 23, 2002.

_____
Mary Homer-Radtke

### PROOF OF SERVICE

A true, correct, and complete copy of the letter, the EMERGENCY OBJECTIONS AND MOTION TO STRIKE BRIEF OF JOHN A. RADTKE and EMERGENCY MOTION FOR EXPENSES and Affidavit was mailed first class to Neal H. Levin, 954 W. Washinton Blvd, Ste 2SW Chicago, IL 60607 on November 23, 2002.

_____
Mary Homer-Radtke

October 22, 2002
Mary Homer-Radtke
P.O. Box 126
Lake Jackson, Texas 77566

Temporary
408 N. Lake St. #108
Mundelein, Illinois 60060