*original please file 36*

United States District Court
Southern District of Texas
FILED

DEC 0 2 2002

Michael N. Milby
Clerk of Court

IN THE UNTED STATES COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

MARY HOMER-RADTKE )
    Plaintiff, )
     ) Civil No. B-02-063
v. )
     )
JOHN A. RADTKE )
    Defendant. )

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT Mary Homer-Radtke, petitioner in the above-entitled cause, filed **NOTICE AND DEMAND CASE 02-14082** with the Clerk of the Court, U.S. Courthouse, 600 E. Harrison St., Brownsville, Texas 78520 on November 25, 2002.

                          Mary Homer-Radtke

### PROOF OF SERVICE

A true, correct, and complete copy of the letter, the **NOTICE AND DEMAND CASE 02-14082** was mailed first class to John A. Radtke, 1641 Elmwood, Highland Park, Illinois 60035, to Neal H. Levin, 954 W. Washinton Blvd, Ste 2SW Chicago, IL 60607, Gary Del Re, Sheriff's Department, at 25 Martin Luther King, Waukegan, Illinois 60085, to Chief Raymond Rose, Mundelein Police Department, Lake Street, Mundelein, Illinois 60060 on November 27, 2002.

                          Mary Homer-Radtke

November 24, 2002
Mary Homer-Radtke
Mailing address
408 N. Lake St. #108
Mundelein, Illinois 60060

NOTICE AND DEMAND   CASE NO. 02-14082

SIXTH AFFIDAVIT IN REGARD TO THE THEFT OF PROPERTY FROM 502 DUBLIN, MUNDELEIN, ILLINOIS

I, Mary Homer-Radtke, of lawful age and competent to testify, being first duly sworn, upon oath state as follows:

1) I appeared at the Mundelein Police Department on the 18th day of September in the year 2002 to report breaking and entering and theft from the home with the postal address at 502 Dublin located in the Village of Mundelein, Illinois. The home has posted no trespassing signs on the doors.

2) The police report was assigned the number 02-14082.

3) I reported by affidavit the theft of negotiable instruments valued at approximately $50M.

4) I reported by affidavit the theft of the original loan documents to B. Radtke & Sons executed by John A. Radtke as President with a face value of approximately $150,000.00 that were stored in the firebox.

5) I reported the theft of approximate 15 original trusts signed by the trustees.

6) I reported the theft of my personal records, including but not limited to, my baptismal certificate, my birth certificate, my marriage license.

7) I became a "whistle blower" after professionally working with someone who was aspiring to high priestess in wicca/satanic cult.

8) I learned that there is a link between secret societies, illegal drug trafficking, and the criminal justice system.

9) In 1994, I was told by Kathryn Murphy, a professional specializing in professional ethics and secret societies, that the Village of Mundelein has a high wiccan population.

10) The only time I ever talked with Michael O'Brien, a police officer, was when I went to the high school to retrieve an Excel pager that had been confiscated by school officials.

11) I had given the pager to my son as I was an Excel representative at the time.

1

12) I reported information regarding illegal drug trafficking to Michael O'Brien at that time.

13) At some time, I reported information regarding the practice of sacrificing human beings and involvement of the Island Lake police to Chief Raymond Rose.

14) I was experiencing harassment with the dome lights being turned on in our vehicles, the time on the kitchen clock would be changed in our absence, someone was turning on the garage light at 11pm, our basement was flooded with a hose, my daughter's tire was slashed.

15) I wasn't aware of anything being stolen.

16) I, along with my children, were traumatized on two occasions when litters of kittens were torn apart, without any blood, in my daughter's bedroom.

17) I thought it was the dog until I remembered the story of killing a pet rabbit making it look like a dog.

18) Later I heard about desensitizing children and training them to lick clean any evidence of blood.

19) I began reporting the incidents breaching our peace to the Mundelein Police Department.

20) I drove the car to the police station to dust for fingerprints when the dome light was turned on while I was inside the bank.

21) I saw in the reports that the incidents were called "suspicious circumstances".

22) My son, Jeffrey Aaron Radtke, disappeared on November 10, 1992.

23) Now I believe my son was kidnapped.

24) When I reported to the Mundelein Police Department, Detective Kobeck, on or about June 5, 1997, that I believed the body on the railroad tracks had been sacrificed, I was evicted from the police station.

25) I knew that a public myth had been created regarding the disappearance of my son.

26) I knew that the body on the railroad tracks was not that of my son due to the discrepancy in weight, height, hair color, and color of the eyes.

2

27)  Neither John nor I were allowed to view the body to give a positive identification required by law .

28)  I was reported to the Department of Children and Family Services as a child abuser by Michael O'Brien on November 10, 1997 allegedly abusing my two year old Godson.

29)  In my absence, I was slandered to my children who were told by DCFS investigator, Marianne Zimmerman, over the telephone on November 11, 1997, that I was reported as running around outside naked, turning off the heat, hiding under the cellar staircase, and running down the street at midnight chasing a child.  Strange accusations – some inside the house and some outside.  Marianne asked my children if I was seeing my psychiatrist and taking my medication when I wasn't eeing a psychiatrist or taking medication.

30)  On November 11, 1997, I came home to find my children traumatized.

31)  I was told by grandmother of my Godson that Jessica had called her sobbing.

32)  I was told by Jessica that she was afraid her father was doing this to take away Shuntreal and get custody of her.

33)  I was damaged professionally, financially, socially, emotionally and in my reputation with my children.

34)  I drove my daughter, Jessica, to pick up my Godson and his brother to go to an investigation meeting with Marianne Zimmerman.

35)  I heard Marianne say that the allegations were unfounded.

36)  I heard Marianne admit that the report of abuse was made by the police.

37)  I met with Mayor Marilyn Sindles, Chief of Police Raymond Rose, and their agent Charles Smith on January 12, 1998.

38)   I gave notice that my civil rights were being violated.

39)  I am a citizen of the United States of America living in the constitution.

40)  I reported that my peace of mind was being breached.

41)  I felt that Marilyn Sindles, Raymond Rose, and Chuck Smith refused to address the false report.

3

42) I heard Attorney Chuck Smith say that the Village of Mundelein allowed a waiver violating their own ordinance allowing my neighbor to deface my property and create a health hazard by putting up a stockade fence along the driveway.

43) I never signed the alleged waiver.

44) I am disabled with Legge-Perthes Disease which is a congenital hip deformation causing chronic pain.

45) I have been told not to fall my entire life because hip replacements were not available or long lasting.

46) I am in danger of falling and have fallen due to the fact that the stockade fence acts as a snow barrier with drifting snow accumulating in my driveway with no place to shovel it.

47) I left the meeting dissatisfied and upset believing that Mayor Marilyn Sindles, Chief Rose, and Attorney Smith were not going to admit to making a false report to DCFS.

48) I left the meeting without any commitment from Mayor Sindles, Chief Rose, and Attorney Smith that they would investigate the truth of the allegations or contact DCFS.

49) I left the meeting knowing that I was being discriminated against.

50) I was fearful that my children would also be discriminated against by the police.

51) I exercised my rights under the Freedom of Information Act to get police reports and DCFS reports.

52) I saw in a police report that Marianne Zimmerman, based on her investigation and interview of me and my daughter, Jessica, on November 11, 1997, was going to make an "unfounded report" until she talked with Sergeant Michael O'Brien who influenced her to change the finding.

53) My Godson, who was two years old and black, was damaged.

54) The family of my Godson were damaged.

55) I spent thousands of dollars before the case was dismissed with prejudice.

56) I devoted one year of my life to getting the case dismissed with prejudice.

4

57) I could not work as a social worker being called a child abuser.

58) I was denied the opportunity to work in my profession.

59) As soon as I was freed from the child abuse allegations, I learned of an unlawful foreclosure action filed by attorney Kim M. Casey.

60) I was forced to research the law.

61) I was trapped in the court system litigating on my own behalf.

62) I was adjudicated a poor person in the courts.

63) I learned that Michael O'Brien was promoted soon after he reported me to DCFS as a child abuser.

64) When I went to the Mundelein Police Department on September 18, 2002, I saw that Nancy Schuster-Waites is a Commissioner. My children were defrauded by Nancy Schuster-Waites when she was working for the Office of the State's Attorney. Without a petition before the court, Nancy terminated child support when I gave notice of having filed bankruptcy. At best Nancy had authority to terminate the state's collection of child support which should have then been sent directly to me. The bankruptcy court refused to rule on my motion to vacate the order. Only the bankruptcy court had authority to determine the rights of my children.

65) I exercised my right under the Freedom of Information Act to purchase a copy of the police report 02-14082.

66) I heard the receptionist say that this was a "suspicious circumstance" report.

67) I heard the receptionist say that the FOIA would have to be approved by the Fillage attorney, Chuck Smith.

68) I added three affidavits to the report as there continues to be breaking and entering and theft of property.

69) I was hospitalized on October 23, 2002 with a stroke.

70) I was in need of the x-rays which were stolen from 502 Dublin as a baseline for degenerative arthritis in a congenital hip deformation - Legge-Perthes Disease.

5

71) I am in need of the birth certificate and other personal documents which were stolen from 502 Dublin.

72) I have visual impairment.

73) I have a right to be secure in my home and property.

74) I have a right to and need to be able to leave my legal paperwork out without it being stolen.

75) I have a right to immediate possession of the stolen property.

76) I want the person or persons who are breaching my peace arrested.

77) I talked to my daughter Jessica who said that the bonds for Dwayne Michael Shaw were on the floor in my study when she came to the house.

78) I stored the bonds in the firebox with other important documents.

79) I believe that this theft is going to continue until the person or persons responsible for stealing the property are arrested.

80) I prepared a document for the Appellate Court requiring the attachment of EMERGENCY OBJECTION AND MOTION TO CORRECT THE WORDING OF ORDER OF DISMISSALS FOR CASE NO 02-10280-B-13.

81) I left the file folder with the motion on my bed.

82) I have searched my bed and cannot find the motion which I need to attach to a motion.

83) I have to attach this affidavit in lieu of the document.

84) I put all volumes of the original record for Case 98CH1240 in a box in the living room.

85) I saw that Volume III was stolen which had evidence that there was no service to John Radtke, Mary Homer-Radtke or Casa-Blanca.

86) I see that the documents being stolen are very specific.

87) I know that this is not the pattern of a drug addict's theft because they are not taking stereo equipment or something saleable.

88) I noticed the Mundelein Police Department of the visual impairment when I filed the fifth affidavit.

89) Due to the visual impairment, I have to leave my work out and be highly organized.

90) My peace is breached when I search for the item where I left it finding it missing.

91) I have the right to be safe and secure in my property.

92) I want the continued theft of property investigated.

93) I will file charges.

94) I am being damaged financially, physically, and emotionally.

Further Affiant sayeth naught.

_____
Mary Homer-Radtke


STATE OF ILLINOIS                INDIVIDUAL ACKNOWLEDGMENT
COUNTY OF LAKE

Before me, the undersigned, a Notary Public in and for said County and State on this 25th day of November, 2002, personally appeared Mary Homer Radtke to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act. Given under my hand and seal the day and year last above written. My commission expires _____

_____ Notary Public

"OFFICIAL SEAL"
A.J. OBENAUF
Notary Public, State of Illinois
My Commission Exp. 12/14/2004

7