Case 1:02-cv-00063   Document 37   Filed in TXSD on 12/02/2002   Page 1 of 5

37

*original please file*

United States District Court
Southern District of Texas
FILED

DEC 0 2 2002

Michael N. Milby
Clerk of Court

IN THE UNTED STATES COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

MARY HOMER-RADTKE )
    Plaintiff, )
) Civil No. B-02-063
v. )
)
JOHN A. RADTKE )
    Defendant. )

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT Mary Homer-Radtke, petitioner in the above-entitled cause, filed AFFIDAVIT of Mary Ellen Homer-Radtke written November 24, 2002 with the Clerk of the Court, U.S. Courthouse, 600 E. Harrison St., Brownsville, Texas 78520 on November 23, 2002.

                                  Mary Homer-Radtke

PROOF OF SERVICE

A true, correct, and complete copy of the letter, the Affidavit was mailed first class to Neal H. Levin, 954 W. Washinton Blvd, Ste 2SW Chicago, IL 60607 on November 20, 2002.

                                  Mary Homer-Radtke

October 22, 2002
Mary Homer-Radtke
P.O. Box 126
Lake Jackson, Texas 77566

Temporary
408 N. Lake St. #108
Mundelein, Illinois 60060

AFFIDAVIT of Mary Ellen Homer-Radtke written on November 24, 2002

I, Mary Homer-Radtke, of lawful age and competent to testify, being first duly sworn, upon oath state as follows:

1) In a covenant with God, I joined in marriage with John Allen Radtke on June 17, 1967 at the 1st Presbyterian Church in Harlingen, Texas.

2) I as well as my parents contributed to the financial growth of the marital estate.

3) On or about January 1, 1990, I was abandoned by my husband who moved out of the family home.

4) On July 30, 1992, Judge Jane Waller, without authority conferred by jurisdiction, converted the marital estate and non-marital loans to B. Radtke & Sons, Inc. to the control of my husband, John A. Radtke.

5) I remain owner of lawful portion of the marital estate and non-marital loans.

6) I have been denied incomme from and enjoyment of the property since the property was converted to the control of my husband who became bailee, holder of the property.

7) I had the right to immediate possession of the property.

8) I demanded time and again return of possession of the property both privately and in the public court system.

9) On or about December of 1999, I filed financial statements with the Secretary of State in Texas and the Secretary of State in Illinois claiming all the property in trial court case 92D1279-In re marriage of Mary Homer-Radtke and John A. Radtke, 98CH1240 – foreclosure action, and 99P729-In re Estate of Jean Radtke.

10) When I began researching void judgments in the law library January of 2000, I learned that void judgments are a nullity and can be vacated at any time either in the same court case or in another court case.

11) I gave John Allen Radtke and Elsie Mannix notice that John and Mary are still lawful husband and wife.

12) I was denied due process of the law when I tried to vacate the void judgment in the trial court case on July 31, 2000 serving subpoenas on John Radtke, Elsie Mannix, Eva Schwartzman, Kathleen Roseborough, and Judge John Phillips, all of whom failed to appear in court.

1

13) I learned after I filed an appeal that there is no judgment to vacate in the trial court record.

14) I researched the Clerk's record in July of 2001 finding that on or about July 4, 2000, my husband secretly became a bigamist.

15) I am being denied income from and enjoyment of lawful portion of the marital estate of John Allen Radtke and Mary Ellen Homer.

16) Under Illinois criminal law, 720ILCS5/16-1.3, I have been and am being financially exploited by fiduciary, John Allen Radtke.

17) I have been adjudicated a poor person by the courts.

18) I have been forced to litigate on my own behalf.

19) I have been trapped in the court system where my pleadings are denied while John's attorneys are favored.

20) I filed a federal lawsuit, B-02-063, asking the judge to make a declaration of my rights and grant me injunctive relief to prevent further erosion of the marital estate of John Allen Radtke and Mary Ellen Homer.

21) On October 23, 2002, I had a stroke which left me visually impaired. Condell Hospital 10/23-10/30/02.

22) I did not go immediately to the hospital because I am poor.

23) I was told by neurologist team, Levin-Grobman that the visual impairment would have been reduced or eliminated had I gone to the hospital within 3 hours time.

24) I had my nephew take me to the hospital because I was fearful that if I were to die, my son would blame himself.

25) I cannot drive due to the visual impairment.

26) I have been receiving assistance from a Certified Nurses Assistant who is familiar with the forms for public assistance.

27) I have not been able to pay her for her services.

28) I am asking relatives for a loan to pay her.

STATE OF ILLINOIS                INDIVIDUAL ACKNOWLEDGMENT
COUNTY OF LAKE

  Before me, the undersigned, a Notary Public in and for said County and State on this 25th day of November, 2002, personally appeared Mary Homer Radike to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act. Given under my hand and seal the day and year last above written.
My commission expires _____

             _A.J. Obenauf_ Notary Public

"OFFICIAL SEAL"
A.J. OBENAUF
Notary Public, State of Illinois
My Commission Exp. 12/14/2004

29) I am writing this affidavit because I have signed forms that I have not been able to see.

30) I want to be honest about my financial status and not mislead anyone.

31) I have not been able to get possession of the lawful portion of the marital estate of John Allen Radtke and Mary Ellen Homer.

32) I am living on borrowed money from my 94 year old mother.

33) I requested default judgments in the federal case pursuant to the Federal Rules of Civil Procedure.

34) When I researched the Lake County Recorder of Deeds, I found that John was transferring property and selling property that would have been protected if the preliminary injunction had been granted on May 7, 2002 when John was in technical default.

35) Until the court protects my rights returning possession of my property to me, I remain poor.

36) I have filed motions to vacate the void judgment, void settlement and void Rule 23 Order in the federal courts, the appellate court, and the trial court without a ruling to my knowledge.

37) I was traumatized yesterday when I received an Order from the Appellate Court - Second District denying my emergency motion for an extension of time to prepare my brief due to the stroke and visual impairment.

38) I did not sleep last night due to my fear that the government is going to unlawfully seize property with a postal address of 502 Dublin, Mundelein, Illinois.

39) I have not had money to pay rent which goes to pay the taxes on the prooperty.

40) My son, Jeremy, has been paying the utilities.

41) I am in need of a heart operation to prevent future strokes.

42) I am being denied medical attention with the cardiac specialist because I do not have health insurance or the money to pay for services.

43) I am being damaged financially, physically, and emotionally.

Further Affiant sayeth naught.

_____
Mary Ellen Homer-Radtke

3