41

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

|  |  |  |
|---|---|---|
| MARY HOMER-RADTKE, | ) | JAN 23 2003 |
|  | ) | Michael N. Milby |
| Plaintiff, | ) | Clerk of Court |
| vs. | ) | Civil Action No. B-02-063 |
|  | ) |  |
|  | ) |  |
| JOHN A. RADTKE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### NOTICE OF FILING

TO:    See attached Service List

Please take notice that on January 23, 2003, the undersigned shall file with the Clerk of the Court for the United States District Court, Southern District, Brownsville Division, the enclosed, *John A. Radtke's Objection to Magistrate Judge's Amended Report and Recommendation*.

Respectfully Submitted,
JOHN A. RADTKE

By: _____
One of his attorneys

Neal H. Levin, Esq.
Neal H. Levin & Associates, P.C.
954 W. Washington Blvd.
Suite 2 SW
Chicago, IL  60607
312/421-2100
312/421-1881
ARDC No. 6203156

## CERTIFICATE OF SERVICE

I, Christian M. Felix, a non-attorney, do hereby certify that I served the attached *John A. Radtke's Objection to Magistrate Judge's Amended Report and Recommendation* on the persons stated in the Service List, via regular U.S. mail from the offices at 954 W. Washington Blvd, Suite 2 SW, Chicago, Illinois, on this, the 22nd day of January, 2003, before 5:00 p.m.


Christian M. Felix

## SERVICE LIST


Mary Ellen Radtke
502 Dublin
Mundelein, IL  60060

Mary Radtke
C/o 408 N. Lake Street
#108
Mundelein, IL  60060


*****************************
Neal H. Levin & Associates, P.C.
954 W. Washington Blvd.
Suite 2 SW
Chicago, IL  60607
312/421-2100
312/421-1881 (fax)
ARDC No. 6203156