IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY HOMER-RADTKE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. B-02-063 |
| ) | |
| JOHN A. RADTKE, ) | |
| ) | |
| Defendant. ) | |

## JOHN A. RADTKE'S OBJECTION TO MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION

NOW COMES Defendant, John A. Radtke, by and through his attorneys, Neal H. Levin & Associates, P.C., and hereby submits this objection to the Magistrate Judge's Amended Report and Recommendation, dated January 13, 2003, and states as follows:

On January 13, 2003, Magistrate Judge Felix Recio entered an amended report and recommendation, and John A. Radtke objects to this amended report and recommendation because it fails to recommend the obvious and warranted sanctions against Mary Homer-Radtke. John A. Radtke filed a Motion for Sanctions and Attorney Fees pursuant to Federal Rule of Civil Procedure 11 against Plaintiff, Mary Homer-Radtke, because Mary Homer-Radtke has extensively abused the judicial system in Texas (said Motion was previously filed and remains pending. As such, John Radtke incorporates same herein). Mary Homer-Radtke has filed a ridiculous number of pleadings and pages which contain bold lies in order to harass John A. Radtke and to convince this court to order John A. Radtke to pay her money. She has willfully, maliciously and unsuccessfully attempted to relitigate the parties' marital dissolution which occurred in 1995 in this court, located in a District in which the Plaintiff is not even a resident.

Her actions represent a willful pattern of behavior and are brought before the Court in bad faith. Defendant, John A. Radtke, has incurred significant expense in defending against this unlawful behavior and under the spirit of Rule 11, sought reimbursement of fees associated with having to appear and defend against this vexatious lawsuit.[1]

As other court's have done, the Plaintiff should be sanctioned and penalized in order to deter her from further harassing the Defendant and from using this court system and others as a forum in which to bring a personal vendetta not founded in fact or law. Sanctions are obviously warranted here which should include an order to pay all of Defendant's attorneys' fees and costs related to this matter and a penalty to the Court.

The Defendant, John A. Radtke Defendant, concurs and presents no objection all other aspects of the Magistrate's recommendation, especially that this cause be dismissed with prejudice. Defendant only objects to the Magistrate's decision not to recommend a sanction against Mary Homer-Radtke.[2]

---

[1] Adding salt to the wound, Mary Homer-Radtke filed an equally frivolous and vexatious bankruptcy Petition right across the hall in this same District naming John Radtke as a co-debtor. Although this Court may choose not to sanction the Plaintiff in this action based on conduct in another action, the facts merely add clarity to Mary Homer-Radtke's motives, which are not to resolve a justiciable controversy but to harass John Radtke and, in so doing, abuse the judicial process.

[2] Interestingly, Magistrate Judge Recio's Report and Recommendation fails to address at all John Radtke's filed Rule 11 Motion for Sanctions. To the extent his exclusion of any analysis regarding this motion was intentional, leaving arguments or ruling on the motion for the overlying Court, then John Radtke asks that this Objection be withdrawn. However, to the extent that the Report and Recommendation was intended to dispose of all pending matters, than the Objection is as set forth herein.

2

WHEREFORE, the Defendant, JOHN A. RADTKE, prays that this Honorable Court consider and grant his Motion for Sanctions and Attorney Fees pursuant to Federal Rule of Civil Procedure 11 and enter sanctions against Plaintiff, MARY HOMER-RADTKE, and for such other relief as this court deems just and equitable.

Respectfully submitted,<br>
**JOHN A. RADTKE**

By: _____<br>
One of his Attorneys

Neal H. Levin, Esq.
Neal H. Levin & Associates, P.C.
954 W. Washington Blvd.
Suite 2 SW
Chicago, IL 60607
312/421-2100
312/421-1881 (fax)
Illinois Attorney No. 6203156
Admitted *Pro Hac Vice*