United States District Court
Southern District of Texas
ENTERED

FEB 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY HOMER RADTKE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-063 |
| | § | |
| JOHN A. RADTKE, | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Amended Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Amended Report and Recommendation is hereby ADOPTED. Cause Number B-02-063 is hereby DISMISSED. The United States District Court should be advised that Plaintiff Mary Homer Radtke must obtain leave of court before filing any further pleadings in the Brownsville Division.

DONE at Brownsville, Texas this 5 day of July, 2003.

Hilda Tagle
United States District Judge