IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 4 2003

Michael N. Milby
Clerk of Court

File Number: <u>Civil Action No. B-02-063</u>

| | |
|---|---|
| MARY HOMER-RADTKE, ) | |
| Plaintiff, ) | |
| vs. ) | Notice of Appeal |
| ) | |
| JOHN A. RADTKE, ) | |
| Defendant. ) | |

    Notice is hereby given that <u>John A. Radtke,</u> (defendant) in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final order which closed this case, entered in this action on the 5th day of February, 2003.

                                                    Attorney for Defendant

Neal H. Levin, Esq.
Neal H. Levin & Associates, P.C.
954 W. Washington Blvd.
Suite 2 SW
Chicago, IL  60607
312/421-2100
312/421-1881 (fax)
Illinois Attorney No. 6203156
Admitted *Pro Hac Vice*