46

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 17 2003

Michael N. Milby
Clerk of Court

MARY HOMER-RADTKE,

        Plaintiff,

    vs.

JOHN A. RADTKE,

        Defendant.

)
)
)
)
)
)
)
)
)
)

Civil Action No. B-02-063

**NOTICE OF FILING**

**TO:**   See attached Service List

       Please take notice that on March 14, 2003, the undersigned shall file with the Clerk of the Court for the United States District Court, Southern District, Brownsville Division, the enclosed, *John A. Radtke's Motion to Withdraw Notice of Appeal.*

                        Respectfully Submitted,
                        JOHN A. RADTKE

                        By:                           
                               One of his attorneys

Neal H. Levin, Esq.
Neal H. Levin & Associates, P.C.
954 W. Washington Blvd.
Suite 2 SW
Chicago, IL 60607
312/421-2100
312/421-1881
ARDC No. 6203156

## CERTIFICATE OF SERVICE

I, Christian M. Felix, a non-attorney, do hereby certify that I served the attached *John A. Radtke's Motion to Withdraw Notice of Appeal* on the persons stated in the Service List, via regular U.S. mail from the offices at 954 W. Washington Blvd, Suite 2 SW, Chicago, Illinois, on this, the 14th day of March, 2003, before 5:00 p.m.

Christian M. Felix

## SERVICE LIST

Mary Ellen Radtke
502 Dublin
Mundelein, IL  60060

Mary Radtke
C/o 408 N. Lake Street
#108
Mundelein, IL  60060


*******************************
Neal H. Levin & Associates, P.C.
954 W. Washington Blvd.
Suite 2 SW
Chicago, IL  60607
312/421-2100
312/421-1881 (fax)
ARDC No. 6203156