IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 17 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY HOMER-RADTKE, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. B-02-063 |
| | ) |
| JOHN A. RADTKE, | ) |
| | ) |
| Defendant. | ) |

### JOHN A. RADTKE'S MOTION TO WITHDRAW NOTICE OF APPEAL

NOW COMES Defendant, John A. Radtke, by and through his attorneys, Neal H. Levin & Associates, P.C., and hereby submits this Motion to withdraw Notice of Appeal and states as follows:

1. On February 5, 2003, this court entered an Order which adopted Magistrate Judge Recio's Amended Report and Recommendation of January 13, 2003.

2. On March 4, 2003, Defendant, John A. Radtke, filed a Notice of Appeal of the February 5, 2003 Order based on the court's failure to consider a motion which Defendant believed to have been docketed and ripe for hearing.

3. Defendant, John A. Radtke, now wishes to withdraw the Notice of Appeal for good cause including but not limited to that the fact that the Court has re-opened the matter for a limited purpose and that Defendant John Radtke does not wish to appeal this matter at this time.

4. There is no prejudice to Plaintiff if said Notice of Appeal is withdrawn.

WHEREFORE, the Defendant, JOHN A. RADTKE, prays that this Honorable Court enter an Order which withdraws the Notice of Appeal filed March 4, 2003 and for such other relief as this court deems just and equitable.

>Respectfully submitted,
>JOHN A. RADTKE,
>
>By: _____
>One of his Attorneys

Neal H. Levin, Esq.
Neal H. Levin & Associates, P.C.
954 W. Washington Blvd.
Suite 2 SW
Chicago, IL 60607
312/421-2100
312/421-1881 (fax)
Illinois Attorney No. 6203156
Admitted *Pro Hac Vice*