United States District Court
Southern District of Texas
FILED

MAR 2 0 2003

Michael N. Milby
Clerk of Court

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| MARY HOMER-RADTKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. B-02-063 |
| | ) | |
| JOHN A. RADTKE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:    See attached Service List

Please take notice that on March 20th, 2003, the undersigned shall file with the Clerk of the Court for the United States District Court, Southern District, Brownsville Division, the enclosed, *John A. Radtke's Brief Addressing Issues in the Order to Show Cause*.

Respectfully Submitted,
JOHN A. RADTKE

By: _____
One of his attorneys

Neal H. Levin, Esq.
Neal H. Levin & Associates, P.C.
954 W. Washington Blvd.
Suite 2 SW
Chicago, IL  60607
312/421-2100
312/421-1881
ARDC No. 6203156

STATE OF ILLINOIS          )
                           )ss.
COUNTY OF COOK             )

## CERTIFICATE OF SERVICE

I, Christian M. Felix, a non-attorney, do hereby certify that I served the attached *John A. Radtke's Brief Addressing Issues in the Order to Show Cause* on the persons stated in the Service List, via regular U.S. mail from the offices at 954 W. Washington Blvd, Suite 2 SW, Chicago, Illinois, on this, the 19th day of March, 2003, before 5:00 p.m.

_____
Christian M. Felix

## SERVICE LIST

Mary Ellen Radtke
502 Dublin
Mundelein, IL  60060

Mary Radtke
408 N. Lake Street
#108
Mundelein, IL  60060

*******************************
Neal H. Levin & Associates, P.C.
954 W. Washington Blvd.
Suite 2 SW
Chicago, IL  60607
312/421-2100
312/421-1881 (fax)
ARDC No. 6203156