IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARY HOMER-RADTKE, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-02-063 |
| JOHN A. RADTKE, | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on March 24, 2003, the Court **GRANTED** Defendant John A. Radtke's Motion To Withdraw Notice Of Appeal [Dkt. No. 47]. Defendant's Notice Of Appeal [Dkt. No. 44], therefore, is withdrawn and no longer pending.

Done at Brownsville, Texas, this 24th day of March 2003.

Hilda G. Tagle
United States District Judge