```
----------------
   No. 03-40379
----------------
```

MARY HOMER-RADTKE

      Plaintiff - Appellee

v.

JOHN A RADTKE

      Defendant - Appellant

United States District Court
Southern District of Texas
FILED

APR 0 3 2003

Michael N. Milby
Clerk of Court

C A B - 62 - 63

### ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 26th day of March, 2003, see FED. R. APP. P. 42(b).

                CHARLES R. FULBRUGE III
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                By: _____
                Jodi Rodrigue, Deputy Clerk

                FOR THE COURT - BY DIRECTION

DIS-4

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit

By _____ Deputy
New Orleans, Louisiana       MAR 26 2003