## Civil Courtroom Minutes



United States District Court
Southern District of Texas
FILED

APR 0 7 2003

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
FILED

APR 0 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas    ☐ Levesque |
| DATE | 4 — 7 — 03 |
| TIME | 10:45 a.m. — 11:30 a.m. |
| CIVIL ACTION | B — 02 — 063 |
| STYLE | MARY HOMER RADTKE *versus* JOHN A. RADTKE |

DOCKET ENTRY

(HGT) ■ Hearing on Court's *sua sponte* Order To Show Cause;

(Court Reporter: Breck Record)

Attorney for Plaintiff:     Pro se Plaintiff did not appear

Attorney for Defendant:     Neil Levin

■     Comments & Notes

1. Plaintiff neither filed a response to the Order To Show Cause nor did she appear at the hearing.

2. Counsel for Defendant appeared, affirmed that he was aware that he had been given leave to appear by telephone, and represented to the Court that his client would not seek fees or costs associated with coming to this hearing.

3. Defendant tendered to the Court documents, purported to be pleadings, which Plaintiff mailed to Defendant but never filed with the Court.

4. Defendant requests the court (a) strike Plaintiff's pleadings, (b) order Plaintiff to pay fees and costs, (c) order Plaintiff to pay penalty, & (d) refer Plaintiff to the appropriate disciplinary authority. Defendant stated that he was effectively only seeking (b) & (c).

5. Defendant Told the Court that the fees requested in this case amount to $17,000.

6. Court denied Plaintiff's motion for sanctions.

7. Court not being persuaded that monetary sanctions will have a deterrent effect will enjoin Plaintiff

from filing against Defendant John A. Radtke any action, complaint, or motion that directly or tangentially raises any issues alleged in this action, cause number B-02-63, in this or any other United States District Court without first obtaining leave of this Court. The violation of this injunction will result in monetary sanctions including attorneys' fees.

8. All other pending motions, if any, are MOOT.

9. The Court will enter an injunction order forthwith.