IN THE UNTED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Mary Homer-Radtke | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. B-02-063 |
| | ) | |
| John A. Radtke, | ) | |
| | ) | |
| Defendant. | ) | |

United States District Court
Southern District of Texas
FILED

APR 1 0 2003

Michael N. Milby
Clerk of Court

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on April _____, 2003 I filed with the
United States District Court for the Southern District of Texas,
600 E. Harrison, Brownsville, Texas the attached NOTICE OF
DETERMINATION OF LEGAL BLINDNESS.

### PROOF OF SERVICE

I, Mary Homer-Radtke, mailed a true and correct copy to
John A. Radtke, 1641 Elmwood, Highland Park, Illinois 60035 on
aPRIL____, 2003 at Illinois with proper postage attached.

_____
Mary Homer-Radtke

C/o 408 N. Lake St., #108
Mundelein, Illinois (60060)

IN THE UNTED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

Mary Homer-Radtke            )
                             )
        Plaintiff            )
                             )
v.                           )    No. B-02-063
                             )
John A. Radtke,              )
                             )
        Defendant.           )

NOTICE OF DETERMINATION OF LEGAL BLINDNESS

Honorable Hilda G. Tagle                        April 2, 2003
U.S. Courthouse
600 E. Harrison
Brownsville, TX 78520

Dear Judge Tagle:

I am writing to give notice that I had an acute stroke on October 23, 2002. I have been determined legally blind by the Department of Human Services. I have attached two letters from the doctors explaining my condition and an affidavit from William Homer who is a retired judge.

I also want to give notice that I have been adjudicated a poor person. I know that I have a right to possession of the marital estate of John Allen Radtke and Mary Ellen Homer as well as my non-marital property that was converted to the control of John A. Radtke on July 30, 1992. I have been denied income from my property for over ten years. I have been disabled since childhood with Legg-Calve-Perthes Disease. I was denied the right to manage the businesses when the employees were supportive both emotionally and financially. I am capable mentally and physically to manage the companies whereas I am not able to do other types of work. I was threatened that I couldn't go to the companies or communicate with the employees. The employees were threatened not to communicate with me. I was traumatized repeatedly. I was forced into child mediation when I reported my husband as a child abuser. I was trapped, deceived, coerced and under duress in mediation. I was trapped in a trial court that did not have jurisdiction at any time. I am being denied equal protection under the law. I am poor.

I believe that if you inspect the record you will see that I am due two defaults – one for the original complaint and the other for a Rule 11 against John and his agent for violations of Supreme Court Rule 6 for improper filing, no service, and for no signed pro hac vice. I was taken by surprise and traumatized when agent Levin, without standing in the court, made misrepresentations that were hearsay and tendered void pleadings to the court over my objections.

Inspection of the record evidences that I have written affidavits which have not been countered. My affidavits stand as truth. John A. Radtke has not filed an affidavit nor has he made an appearance.

As William Homer's affidavit says, I am dependent upon others. I don't have a telephone. I have been living off of borrowed money. I do not have access to the court. I do not receive notice of filings. I didn't know there was an appeal filed until it was withdrawn. I find it difficult to even get to the Post Office to mail letters. I don't have money to pay for mailings. I do not have the financial resources to represent myself adequately. I am in search of an attorney who has an expertise in disabilities and financial exploitation. Under the circumstances, any rulings made by this court would be not only unreasonable but unconscionable.

I am damaged by not having work credits. I was not given credit for my contribution. I have been denied social security benefits. I have been denied medical services. I need to get someone to represent me so I have the same advantage that John has in the court. John has the companies pay for legal expenses. I believe that John is conspiring in the foreclosure action as co-plaintiff in order to collect attorney fees. John's agent has filed multiple cases for sanctions against me. I have enclosed a notice of fraud written to the trial court for your review.

I believe that the federal court has a duty to vacate the void orders and judgments of the trial and appellate courts pursuant to my collateral attacks on void judgments/orders. I have been damaged socially, emotionally, financially, and physically.

Respectfully,

Mary Homer-Radtke

P.S. Please copy and file this. I would appreciate a stamped copy of the documents that I am sending. Thank you.

*Ophthalmology*    **J. T. MUNI, M.D.**    *Medical & Surgical Eye Care*

890 Professional Building • Suite 104 • 890 Garfield Avenue • Libertyville, Illinois 60048

1-847-367-8272

Re: _____        Date: 12·21·02

For: _____

To whom It may concern:

Mary Homer-Radtke is visually
impaired and can not drive
and has impaired reading also.
Her vision is compromized with
a visual field defect that meets the
center vision left superior homonymous
Quadrantanopsia    JTmuni

PREVENTION SPECIALISTS, LTD.
A M S    G
150 H    D    R    S    05
B      G    L    60089
h 847 793 7800              fa 847 793 7802



December 20, 2002

RE: Mary Radtke-Homer
Date of Birth: 11/16/1945

To Whom It May Concern:

This patient is a 57-year-old female who I saw at the hospital for a stroke, which she developed because of an abnormality in her heart. The patient has an opening between the right and the left side of her heart, which caused some blood clotting and from there the blood clots moved to the brain, causing the stroke. The stroke was mainly located in the area that controls the vision and one of the main symptoms the patient has is peripheral blindness, meaning the patient is unable to see half of the picture in both eyes, which makes her incapable of performing a lot of tasks, including driving. In addition to this the patient has a condition which is affecting her hips, mainly joints. This condition is called Perple's syndrome, which because of decreased blood flow to the bone causes some necrosis of the bone with pain and difficulty moving the joints and ambulating right. The x-rays in the hospital showed degeneration of the joint, which is consistent with the above mentioned condition. The patient is currently on medications to thin out her blood, in order to prevent further strokes and some pain medications for her arthritis. The long term solution for her would be surgery to fix that hole in the heart, in order to prevent blood clotting and further damage in the future. This basically sums up the patient's condition and for further information or copies of tests you may contact the hospital directly.

Sincerely,

*error-correction*
*Legg Calve Perthes Disease*
*no such syndrome as Perple*

Iyad A. Kashow, MD

IAK/rlo

# Affidavit

Now comes your affiant, William F. Homer, being first duly sworn, and states as follows:

1. That he is the brother of Mary Homer-Radtke;

2. That on or about October 23, 2002 affiant's son, Eric Homer drove Mary Homer-Radtke to Condell Medical Center after she complained of losing a large portion of her vision;

3. That for a number of subsequent days Mary Homer-Radtke was treated at Condell Medical Center where your affiant visited her on numerous occasions;

4. Your affiant was informed and believes that Mary Homer-Radtke was treated for a stroke which may have been caused by an existing coronary defect, that the stroke caused the partial loss of vision and that it is unlikely that there will be any substantial improvement to her vision;

5. That Mary Homer-Radtke is unable to operate a motor vehicle safely and is totally dependant upon others, including this affiant, for transportation to her physicians and hospital appointments.

Further more this affiant sayeth not.

Signed and Sworn to this
24th Day of March 2003

_William F. Homer_

William F. Homer

State of Illinois
County of Lake

Signed and Sworn to before me this _24_ Day of March 2003

_Kimberly J. Tarver_

Notary Public

(Seal)

OFFICIAL SEAL
KIMBERLY J TARVER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES : 11-19-06