IN THE UNTED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Mary Homer-Radtke | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. B-02-063 |
| | ) | |
| John A. Radtke, | ) | |
| | ) | |
| Defendant. | ) | |

United States District Court
Southern District of Texas
FILED

APR 1 0 2003

Michael N. Milby
Clerk of Court

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on March 30, 2003 I filed with the United States District Court for the Southern District of Texas, 600 E. Harrison, Brownsville, Texas the attached AFFIDAVIT OF MARY HOMER-RADTKE IN REGARD TO FAILURE OF COURT TO ENTER DEFAULT JUDGMENTS .

### PROOF OF SERVICE

I, Mary Homer-Radtke, mailed a true and correct copy to John A. Radtke, 1641 Elmwood, Highland Park, Illinois 60035 on March _____, 2003 at Illinois with proper postage attached.

Mary Homer-Radtke

C/o 408 N. Lake St., #108
Mundelein, Illinois (60060)

State of Illinois
County of Lake

_____ me on 3₁ March 2003
by _____

_____
Notary Public

"OFFICIAL SEAL"
MARTHA JANE GEDVILAS
Notary Public, State of Illinois
My Commission Expires 6/10/06

IN THE UNTED STATES COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

```
MARY  HOMER-RADTKE              )
        Plaintiff,              )
                               )      Civil No. B-02-063
          v.                   )
                               )
JOHN A. RADTKE                 )
        Defendant.             )
```

## AFFIDAVIT OF MARY HOMER-RADTKE  IN REGARD TO FAILURE OF COURT TO  ENTER DEFAULT JUDGMENTS

I, Mary Homer-Radtke, of lawful age and competent to testify, being first duly sworn, upon oath state as follows:

1.  I filed a complaint and a petition for injunctive relief with the United States Court for the Southern District of Texas on April 2, 2002.

2.  I inspected the record of this case on or about June of 2002.

3.  I found that John A. Radtke was in technical default as of May 7, 2002 for failing to appear or file a responsive pleading to the summons and complaint.

4.  I filed a Chapter 13 bankruptcy on May 10, 2002.

5.  I named John Allen Radtke as my spouse in the space provided on the "do it yourself" forms.

6.  I received an ORDER REFERRING CASE TO BANKRUPTCY COURT entered on June 11, 2002.

7.  I timely wrote a motion to vacate the order entered June 11, 2002.

8.  On July 21, 2002, I was taken by surprise when I heard the clerks, Olivia Gutierrez and Lulu Mardis, say that Judge Recio had told them not to allow me to file anything with the court when I went to file the motion to vacate.

9.  I was alarmed when the clerk filed my motion saying that filing something does not mean that it is entered into the record.

10. I was disturbed not knowing how to access the court.

11, I mailed for filing the requests for default judgments with affidavits to both Brownsville, Texas and to Corpus Christi, Texas, by certified mail on July 6, 2002.

1

12. I received a file stamped copy dated July 15, 2002 from both courts.

13. I researched in the library at the courthouse Pro Hac Vice and Supreme Court Rule 6.

14. I mailed a summons and petition for sanctions against Neal H. Levin and John A. Radtke on or about June 12, 2002.

15. I received a green card with a signature that I recognized as that of John A. Radtke with a dated receipt of June 15, 2002.

16. I received a green card with a signature of receipt dated July 1, 2002 for Neal H. Levin.

17. I did not receive notice that Neal H. Levin withdrew his Pro Hac Vice entered into the record on or about May 29, 2002.

18. I mailed Request to Clerk for Entry of Default Pursuant to F.R.C.P. 55(a).

19. I received copies of the request for entry of default file stamped dated July 29, 2002.

20. I heard Clerk Lulu Mardis at Brownsville ask me about whether I had received my default judgments on or about August of 2002.

21. I heard Clerk Lulu Mardis say that she had inspected the record.

22. I heard Clerk Lulu Mardis say that I was due default judgments.

23. I find it impossible to move forward in this case until I have received the default judgments that I have requested.

24. I am disadvantaged for not having access to the court records.

25. I am disadvantaged for not having law school training.

26. I am disadvantaged for my visual impairment.

27. I am disadvantaged as a poor person.

28. I am being denied relief for this court's failure to enter the default judgments.

29. I went to the Office of the Recorder of Deeds in Lake County, Illinois on or about September of 2002.

30. I discovered that title to all of the properties in the marital estate had been transferred since the filing of this federal lawsuit.

31. I am being denied income from and enjoyment of the property in the marital estate of John Allen Radtke and Mary Ellen Homer as well as affiant's non-marital property converted to the control of John A. Radtke..

32. On October 23, 2002, I had an acute stroke.

33. I was without health insurance or money to pay for services.

34. I was determined legally blind by the Department of Human Services.

35. My disabilities make it impossible for me to defend myself in court.

36. My disabilities make it impossible for me to research the law.

37. .As a poor person, I am being denied competent legal counsel.

38. As a disabled person, I am being denied competent legal counsel.

39. I believe that it is unreasonable of this court to expect me to move forward in this case without assistance of competent legal counsel.

40. I believe that it is unreasonable of this court to expect me to move forward in this case without the money to pay for competent legal counsel.

41. I believe that John A. Radtke is seeking sanctions against me in multiple lawsuits in order to collect the sanctions in a foreclosure action in Illinois.

42. I received an order entered into the record in Case 02 CH1925, filed without a signature on November 18, 2002, that I cannot read regarding a default judgment for quiet title in favor of John A. Radtke and sanctions against Affiant on the properties in the marital estate of John Allen Radtke and Mary Ellen Homer.

43. I have been denied peaceful enjoyment of my life.

44. I have been damaged financially, emotionally, socially, and physically.

Signed and Sworn to this 30th Day of March 2003
"With explicit reservation of all rights"

Mary Homer-Radtke

State of Illinois
County of Lake                                                    (Seal)
Signed and Sworn to before me this ___3/___ Day of March 2003

3

**"OFFICIAL SEAL"**
**MARTHA JANE GEDVILAS**
Notary Public, State of Illinois
My Commission Expires 6/10/06