```
                                                    United States District Court
                                                     Southern District of Texas
                                                              FILED
           IN THE UNTED STATES COURT FOR THE
                                                          APR 1 0 2003
              SOUTHERN DISTRICT OF TEXAS
MARY HOMER-RADTKE           )                            Michael N. Milby
     Plaintiff,             )                             Clerk of Court
                            )
                            )      Civil No. B-02-063
          v.                )
                            )
                            )
JOHN A. RADTKE              )
     Defendant.             )
```

SECOND NOTICE AND DEMAND TO INVESTIGATE STATE AND FEDERAL TAX
RETURNS FOR INCOME CREDITS AND FINANCIAL EXPLOITATION BY
                       JOHN A. RADTKE

Illinois Department of Human Services                March 14, 2003
Office of Rehab Services, Disability Determination          24, 2003
P.O. Box 19250
Springfield, Illinois 62794-9250

RE: Mary Homer-Radtke – 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 -NOTICE & DEMAND for rights for "income credits" to be applied for SSDI under joint tax filings and individual tax filings with husband, John A. Radtke- SS# 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

ATTN: DIRECTOR;   DEPUTY DIRECTOR - Joan M. Fafoglia;   ADJUDICATOR - Shelli Bartlett; SECRETARY - Linda Renee Baker

To Whom It May Concern:
       I do not understand this system. Please direct this notice and demand to the proper parties. I have been determined disabled by the Department of Human Services. I was told that there is a separate determination made for Social Security benefits although the same body with the same disabilities is receiving benefits from the same umbrella organization. When I went to the social security office, I was told that I do not have income credits for SSDI. Why have I been denied income credits for ownership of businesses, rental income from industrial properties, equipment, and all income claimed on the state and federal tax returns?
       John Allen Radtke and Mary Ellen Homer were married, under the laws of God, on June 17, 1967 in Harlingen, Texas at the 1st Presbyterian Church. God was the third party to our marriage –not the state. I, Mary Ellen Homer-Radtke, contributed to the growth of the marital estate, financially, socially, and emotionally. I was a party to purchasing businesses. My parents gifted me the money for the purchase of the family home. I provided the downpayment for the purchase of an industrial building located at 101 W. Main St., Round Lake Park, Illinois. It was my money from childhood bonds that went to purchase machinery for the businesses. My financial contributions have provided income and continue to contribute to the growth of the marital estate. My husband refused to pay me when I worked part-time and full-time for the businesses. John has had the pattern of not filing tax returns, business and personal, for years at a time. John dissipated hundredss of thousands of dollars for his own use keeping the dissipation secret by forcing me to sign the tax returns in mass without an explanation.
       John abandoned me, family, and home on or before January 1, 1990. In 1992, John was removed from management of the businesses. I don't know who had the power and authority to remove him but I know that John was not liked by the employees. Even though employees

wanted me to manage the businesses, I was threatened and denied the opportunity by my husband and his agent, Kathleen Roseborough. I was denied the right to go to my property and denied the right to communicate with the employees. My husband also threatened the employees not to have any contact with me.

In 1992, John changed tax accountants from Detterbeck to Friduss, Lukee, and Schiff. John failed to provide tax information to Jarvis Friduss, C.P.A. in a timely manner so I filed separately as head of the household – tax returns prepared by Marjorie Bauschke. The tax returns evidence the fact that I did not receive income from my loans to the company and income from joint ownership of property. Inspection of John's filed tax returns are evidence that I was financially exploited and denied income from our jointly held businesses, industrial buildings, equipment, etc.. I believe that an investigation of the tax returns will evidence tax fraud as well. I believe that I have been defrauded of an annual income of in excess of $75,000.00. If I filed any tax returns claiming to be divorced, I made a mistake. I was brainwashed by the court system. I was trapped and traumatized in the court system. I have no law school training.

Due to financial impoverishment, I began researching the law to protect my rights beginning in the year 2000. Without the authority conferred by jurisdiction, the trial court converted the marital estate and my non-marital loans to the company, to the control of John A. Radtke on July 30, 1992. When the court moves forward without jurisdiction, all of the orders are void. I had the right to immediate possession of my property. I demanded return of my property. I was denied return of my property. Since all orders and judgments are void from the beginning, the trial court never had jurisdiction over the marriage of John Allen Radtke and Mary Ellen Homer. Void orders and judgments have no force and effect of law. John and I remain lawfully married. Asking a court to declare the orders and judgments void is a formality and not a necessity. Void orders/judgments have been used by John's agents to deceive and engage in ongoing financial exploitation of lawful wife, Mary Homer-Radtke.

The financial exploitation is evidenced by the fact that my husband secretly became a bigamist on July 4, 2000. None of our children attended the secret wedding because they had been deceived into believing that the wedding was taking place on August 6, 2000 in Mexico. In the spirit of fair play, I set for hearing a nunc pro tunc motion to have heard a motion to vacate the void judgment. I wrote the motion to vacate by hand and entered it into the record on July 5, 1995. The motion was not heard at the time because John called me and threatened me. I was terrified of his agent, Kathleen Roseborough. On July 31, 2000, the trial court denied me due process of the law by not hearing the motions and by denying me my right to have subpoenaed witnesses testify. I heard my bigamist husband's agent, Neal H. Levin, admit to ex parte communications with the judge prior to the hearing. On August 24, 2000, the trial court aided and abetted my bigamist husband with the intention of permanently depriving me of possession of my property. Without a petition conferring jurisdiction to the court, Jane Waller, executed an order giving John Radtke and Elsie Mannix the authority, under the color of law, to have me arrested. This unlawful act allowed my bigamist husband the opportunity to transfer property under the color of law. The financial exploitation is evidenced by the fact that there has been a significant fraudulent transference of property. The Office of the Recorder of Deeds evidences the fraudulent transfer of title and felony slander of title by my husband, John A. Radtke.

Financial exploitation of a disabled person by a fiduciary with the intention of permanently depriving the disabled person of property is a felony pursuant to 720 ILCS 5/16-1.3. Husband and wives have a fiduciary relationship. My husband, John Allen Radtke, intended to permanently deprive me of not only the marital estate but non-marital loans and joint loan to the businesses – face value of over $140,000.00 with a real value of approximately $300,000.00. John's agents, including but not limited to, Jarvis Friduss, C.P.A., Kathleen Roseborough, Ina Berkley, Elaine Collins, Neal H. Levin and Kim M. Casey knowingly aided and abetted John in the financial exploitation. Agent Kathleen Roseborough coordinated the financial exploitation in the courts with accountant Jarvis Friduss and mediators Ina Berkley and Elaine Collins. The

financial exploitation is evidenced by fraudulent business evaluations prepared by Jarvis Friduss, C.P.A.. The financial exploitation is evidenced by a rough draft of a settlement prepared by my husband's agent, Kathleen Roseborough and faxed from the law offices of Mandel, Lipton, and Stevenson, to Elaine Collins of Meridian for Financial Equity on June 2, 1995. I signed under duress noticing the parties that I rejected the settlement the following morning. Financial exploitation allowed and perpetrated by the court is evidenced in the transcript of June 6, 1995. Under oath, I testified that I signed under duress. Off the record, threats and intimidation by the judge and witness tampering by the attorneys is evidenced by affidavits filed in Case 92D1279. All orders and judgments were void ab initio in Case 92D1279. The trial court, a court of limited jurisdiction, lost jurisdiction from the beginning. Further evidence of financial exploitation is evidenced in an affidavit prepared by agent Kim M. Casey for John A. Radtke in support of a judgment of foreclosure on the home where I live – Case 98CH1240. John initiated the foreclosure action intending to purchase the home at a judicial/sheriff's sale.

I have been disabled since childhood with Legg-Calve-Perthes Disease. The hip condition, accompanied by Osteoarthritis, limited my employment possibilities as an adult.. My masters degree in social work gave me managerial skills that I would have supplemented with a degree in business administration. I had the emotional support and the financial support of employees. I was denied the opportunity to manage my own businesses. An annual salary of $54,000.00 was credited to my husband even though he was not managing the businesses. I was denied the benefits of business ownership including, but not limited to, health insurance.

On October 23, 2002, I had a stroke. I was without health insurance and had no money to pay for services. I did not go to the emergency room immediately because I am poor. I am legally blind due to the financial exploitation of my husband, John A. Radtke and his agents

My husband's Social Security Number is 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. I demand that an investigation of both state and federal tax returns be made and that I be given earned income credit as legal wife and owner of the marital estate of John Allen Radtke and Mary Ellen Homer. I would appreciate any help I can get from this department to secure return of possession of my property. I have been damaged financially, socially, emotionally, and now physically.

I will be looking forward to hearing from you regarding my benefits. I will send a copy of this notice and demand to the attorney general and any related committees litigating on behalf of the disabled. I will also send a copy to Chicago Title and Trust. Thank you for your help.

## AFFIDAVIT

I am of lawful age and competent to testify, after having been duly sworn state as follows:

I.    I have been financially exploited by my husband, John A. Radtke.
II.   I am being denied medical services and benefits.
III.  I have been financially exploited in the court.
IV.   I have been traumatized in the court.
V.    I have been damaged socially emotionally, financially, and physically.
VI.   Further Affiant Sayeth Naught

_____
Mary Homer-Radtke

Under pain & penalties of perjury I swear that the document & affidavit are true. I am Mary Homer-Radtke and am competent and of age.