IN THE UNTED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
APR 1 0 2003
Michael N. Milby
Clerk of Court

Mary Homer-Radtke )
  )
  Plaintiff )
  )
v. ) No. B-02-063
  )
John A. Radtke, )
  )
  Defendant. )

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on April 4, 2003 I filed with the United States District Court for the Southern District of Texas, 600 E. Harrison, Brownsville, Texas the attached NOTICE OF DEMAND FOR OATH OF OFFICE OF HILDA G. TAGLE

### PROOF OF SERVICE

I, Mary Homer-Radtke, mailed a true and correct copy of NOTICE OF DEMAND FOR OATH OF OFFICE OF HILDA G. TAGLE to John A. Radtke, 1641 Elmwood, Highland Park, Illinois 60035 on April 4, 2003 at Illinois with proper postage attached.

_____
Mary Homer-Radtke

C/o 408 N. Lake St., #108
Mundelein, Illinois (60060)

IN THE UNTED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Mary Homer-Radtke )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>John A. Radtke, )<br>)<br>    Defendant. ) | No. B-02-063 |

<u>NOTICE OF DEMAND FOR OATH OF OFFICE OF HILDA G. TAGLE</u>

U.S. Courthouse                                         April 4, 2003
Honorable Hilda G. Tagle
600 E. Harrison
Brownsville, TX 78520

Dear Judge Tagle:

    I am writing to give notice that I have written the attached letter to the Attorney General for the state of Illinois. I have noticed the Clerk of the Court in Lake County that I was not served summons and complaint in 02CH1925. John A. Radtke, through his agents is seeking an injunction to prevent me from claiming my right to liens.

    I have given this court notice that I never received service of summons and complaint for sanctions in this case. The court's own order evidences that agent Levin misrepresents the facts. I was alarmed on July 11, 2002 when agent Levin showed me a green card signed by somebody allegedly at the Harlingen Post Office for a package that was returned to him. I do not have an agent at the post office. Don't you think that warrants an investigation? Not only did I not receive service, but I am due defaults on properly served summons and complaints. Am I being discriminated against by this court because I am not an attorney?

    I object that this court is having exparte communications with agent Levin who has no standing in this court. I am alarmed when agent Levin tells me that the judges think I am a joke. I object that John A. Radtke through his agents is coordinating an organized scheme of financial exploitation in the state court and the federal court.

I object that this court has failed to rule on my motions to vacate the void orders/judgments of the state court. It is my understanding that voidness is the exception to the Rooker-Feldman Doctrine.

I object and am alarmed that this court has knowingly written an order that denies me access to the court. My peace has been breached. I have given this court notice of my disabilities. I have no money. I cannot appear in court. I cannot call the court. I am disadvantaged. Any reasonable judge would not put anyone appearing before him/her in an impossible situation. Did this court plan to send me airfare and provide me with accommodations and transportation? I presume that any order/judgment entered is void.

In good faith, I conferred jurisdiction to this court in order to claim possession of my property. This court was given a choice to declare whether I was due the property circa 1992 or as it is today. I have enclosed a business card evidencing that in 1992 LaserWorks was a division of B.Radtke & Sons, Inc. Today it is a separate limited liability company. I have been denied income from and enjoyment of the property since the state court, without jurisdiction, converted it to the control of my husband, John A. Radtke, on July 30, 1992. This court, without notice to me, denied me any and all relief requested. Without the protection of injunctive relief, all the property has been converted and transferred. This court has allowed John A. Radtke to dissipate the property. Why has this court denied me due process? Why has this court failed to protect my rights?

I have attached a letter from and to the Office of the Attorney General for the State of Illinois. I am disturbed that the court system in this country has deteriorated into a collection agency for attorneys. I have been damaged financially, socially, emotionally, and physically. Who do I contact in Texas? Who do I contact at the federal level? Would you please send me a copy of your oath of office?

Respectfully,
"With explicit reservation of all rights"

*Mary Homer-Radtke* (signature)
Mary Homer-Radtke

*Mary Homer-Radtke* (signature)
" *without prejudice* "

LASER WELDING-CUTTING-DRILLING-MARKING
COMPLETE MACHINE SHOP FACILITIES

## LASER WORK'S
### DIVISION OF B. RADTKE & SONS

101 W. MAIN STREET (RT. 134)         TEL: 708-546-3999
ROUND LAKE PARK, ILLINOIS 60073      FAX: 708-546-4008



# OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

March 28, 2003

Ms. Mary Homer-Radtke
c/o 408 N. Lake St., #108
Mundelein, IL 60060

RE: Notice and Demand to investigate financial exploitation.

Dear Ms. Halsey: *error*

Thank you for contacting the Disability Rights Bureau of Attorney General Lisa Madigan's office regarding your ex-husbands alleged financial exploitation of you. This office represents the State of Illinois. We do not provide individual representation.

If you believe that your husband has committed tax fraud, you should contact the Internal Revenue Service. If you believe that he took advantage of your disability to financially exploit you, you can contact either the Inspector General or the Department of Aging abuse hotline, depending upon your age. If you are under the age of 60 you can call the Inspector General at 1-800-368-1463. If you are over the age of 60, you can call the Department of Aging abuse hotline at 1-800-252-8966. You may also want to contact the Lake County State's Attorney.

I hope this information has been helpful. Feel free to contact us with other questions you may have.

Sincerely,

Lisa M. Danna
Assistant Bureau Chief
Disability Rights and Civil Rights Bureaus

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806
• (618) 529-6400 • TTY: (618) 529-6403 • Fax: (618) 529-6416

Mary Homer-Radtke  April 4, 2003
C/o 408 N. Lake St., #108
Mundelein, Illinois (60060)

State of Illinois
Office of the Attorney General
Attorney General
Bureau Chief-Disability Rights and Civil Rights Bureaus
Bureau Chief
Assistant Bureau Chief – Lisa M. Danna
500 South Second Street
Springfield,, Illinois 62706

RE: NOTICE and DEMAND to investigate financial exploitation by John A. Radtke
Enclosure: Second Notice and Demand to Investigate State and Federal Tax Returns and Financial Exploitation by John A. Radtke
To Whom It May Concern:

    I received a letter from the Office of the Attorney General offering two telephone numbers. First I only qualify for the under 60. I had borrowed my son's cell phone when I made the call. Secondly, if you can dial their number, you don't qualify for services. Then you say to contact the Internal Revenue Service. Years ago, when I wasn't penniless and determined legally blind, I contacted the Internal Revenue Service. They did not even respond to my claim. Nor could a criminal investigator get cooperation.

    I am alarmed that this state does not provide services to protect the people from financial exploitation. Any reasonable government would have its own checks and balances to protect the people of the state. I think that it is a fair assumption that the disabled are often without financial resources or the education/training to self-protect.

    I have had the misfortune to be trapped in the court system in the county of Lake. I have seen on several occasions where attorneys from the Office of the Attorney General step in to protect judges who have trespassed the law. Disabled people, who don't have the financial resources of the government, are trapped in a system without equal protection under the law in the state of Illinois.

    I demand that this state provide legal counsel for me to protect my rights. My bigamist husband who has financially exploited me, hires agents who have total disregard for the law. Through exparte communications with the judges in Lake County, there is an organized scheme to financially exploit me. I demand an investigation of my cases. The latest case filed since my stroke is 02CH1925. I have never received service of the complaint. I demand that the state intervene to stop the financial exploitation.

    I am looking forward to hearing from you in the very near future.

                                      "With explicit reservation of all rights"